**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **COMPLAINT FOR FORFEITURE *IN REM*** |
| **v.** | § | |
| **ALL USDT.ETH FROM NINE CRYPTOCURRENCY ADDRESSES** | § | **CIVIL ACTION NO.** 25-cv-3913 |
| Defendants *in rem* | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, through the U.S. Attorney for the District of Columbia, brings this verified complaint for forfeiture in a civil action *in rem* against All Tether ("USDT.ETH" or "USDT") held in nine different cryptocurrency wallets identified within different groups referred to as Suspect Address groups A, B, C, D, and E. Collectively, all of these addresses are hereinafter referred to as the "Defendant Property",

## STATEMENT OF THE CASE

1. Criminals abroad, their associates, and conspirators together stole funds from many different victims and laundered them through a convoluted web of cryptocurrency wallets to evade detection and obfuscate accountability. The United States Secret Service were alerted to this incident by a report where one victim's reported loss to the scheme was over $1 million.

2. The United States of America seeks to lawfully forfeit the Defendant Property to punish and deter criminal activity by depriving criminals of property used in or acquired through illegal activities; to promote and enhance cooperation among federal and foreign law enforcement agencies; and most importantly, to recover assets that may be used to compensate victims.[1]

---

[1] *See* United States Asset Forfeiture Program, *Our Mission*, https://www.justice.gov/afp.

## JURISDICTION AND VENUE

3.      This Court has original jurisdiction of this civil action by virtue of 28 U.S.C. § 1345 because it has been commenced by the United States and by virtue of 28 U.S.C. § 1355(a) because it is an action for the recovery and enforcement of a forfeiture under an Act of Congress.

4.      This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

5.      Venue is proper in this judicial district under 18 U.S.C. § 3238 and 28 U.S.C. §§ 1355(b) and 1395(a), (b), and (c).

## NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

6.      The United States files this *in rem* forfeiture action to seek forfeiture of Defendant Property as constituting proceeds of wire fraud and wire fraud conspiracy offenses, committed in violation of 18 U.S.C. §§ 1343, 1349, 2, and 3, and as involved in money laundering and money laundering offenses, committed in violation of 18 U.S.C. 1956(a)(1)(B)(i), 1956(a)(2)(B)(i), 1956(h), and 2, and 3.

7.      Procedures for this action are mandated by Rule G of the supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and, to the extent applicable, 18 U.S.C. §§ 981 and 983 and the Federal Rules of Civil Procedure.

8.      18 U.S.C. § 981(a)(1)(A) mandates forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of section 18 U.S.C. §§ 1956, 1957 or 1960, or any property traceable to such property.

9.      18 U.S.C. § 981(a)(1)(C) mandates forfeiture of property constituting or derived from proceeds traceable to wire fraud, conspiracy to commit wire fraud, or any offense constituting "specified unlawful activity" as defined by 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such

2

offense. A violation of 18 U.S.C. § 1343, or a conspiracy to commit that offense, constitutes specified unlawful activity under 18 U.S.C. § 1956(c)(7)(A) as an offense listed in 18 U.S.C. § 1961(1)(B).

10.    Title 18 U.S.C. § 1343 provides that whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, commits the violation of wire fraud.

11.    Title 18 U.S.C. § 1349 provides that whoever attempts or conspires to commit a violation of 18 U.S.C. § 1343 shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

12.    Title 18 U.S.C. § 1956(a)(1)(B)(i) provides in relevant part that whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity— . . . knowing that the transaction is designed in whole or in part . . . to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity" is guilty concealment money laundering.

13.    Title 18 U.S.C. § 1956(a)(2)(B)(i) provides that whoever transports, transmits, or transfers, or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States—knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole

3

or in part—to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity, commits international money laundering.

14. Title 18 U.S.C. § 1956(h) provides that any person who conspires to commit any offense of 1956 or 1957 is subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

15. Title 18, United States Code, § 1957 makes it a crime to knowingly engage or attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 where those funds are derived from specified unlawful activity.

## PROPERTY INFORMATION

16. The Suspect Address Groups were seized from nine separate cryptocurrency wallet addresses on the Ethereum Blockchain totaling to approximately 66,331,991 USDT (Tether) worth approximately $66,331,991.

17. The Defendant Funds are currently in government custody and will be transferred to the United States Marshals Service in the District of Columbia.

## STATEMENT OF FACTS

### Background on Cryptocurrency

18. Virtual currencies are digital tokens of value circulated over the Internet as substitutes for traditional fiat currency. Virtual currencies are not issued by any government or bank like traditional fiat currencies such as the U.S. dollar but are generated and controlled through computer software. Bitcoin is currently the most well-known virtual currency in use.

19. Virtual currency addresses are the virtual locations to which such currencies are sent and received. A virtual currency address is analogous to a bank account number and is represented as a string of alphanumeric characters.

20.     Each virtual currency address is controlled using a unique corresponding private key, a cryptographic equivalent of a password needed to access the address. Only the holder of an address's private key can authorize a transfer of virtual currency from that address to another address.

21.     A virtual currency wallet is a software application that interfaces with the virtual currency's specific blockchain and generates and stores a user's addresses and private keys. A virtual currency wallet also allows users to send and receive virtual currencies. Multiple addresses can be stored in a wallet.

22.     Companies known as cryptocurrency "exchanges" may hold the value associated with a customer's cryptocurrency in that exchange's own wallet. Such a wallet is known as a custodial wallet because the exchange is the third-party custodian of the cryptocurrency. Alternatively, a user of cryptocurrency may elect to keep their cryptocurrency in their own wallets (i.e., self-hosted or non-custodial wallets). A custodial wallet is the functional equivalent of a bank holding a customer's cash. Criminals often seek to use exchanges to trade illicitly obtained cryptocurrency for cash.

23.     Many virtual currencies publicly record all their transactions on what is known as a "blockchain." The blockchain is essentially a distributed public ledger, run by a decentralized network, containing an immutable and historical record of every transaction utilizing that blockchain's technology. The blockchain can be updated multiple times per hour and records every virtual currency address that ever received that virtual currency. It also maintains records of every transaction and all the known balances for each virtual currency address. There are different blockchains for different types of virtual currencies.

24.     Tether, widely known as "USDT," is a blockchain-based cryptocurrency whose tokens in circulation are purportedly backed by an equivalent amount of U.S. dollars, making it what is known as a "stablecoin." Tether Limited is the company that manages the smart contracts and the treasury (*i.e.*, the funds held in reserve) for USDT tokens.

25.     Stablecoins are a type of virtual currency whose value is pegged to a commodity's price, such as gold, or to a fiat currency, such as the U.S. dollar, or to a different virtual currency. For example, USDC is a stablecoin pegged to the U.S. dollar. Stablecoins achieve their price stability via collateralization (backing) or through algorithmic mechanisms of buying and selling the reference asset or its derivatives.

26.     USDT is hosted on the Ethereum blockchain, among others. Ethereum ("ETH") is a cryptocurrency that is open source, public, has a blockchain, and is distributed on a platform that uses "smart contract" technology. The public ledger is the digital trail of the Ethereum blockchain, which allows anyone to track the movement of ETH.

27.     Smart contracts allow developers to create markets, store registries of debts, and move funds in accordance with the instructions provided in the contract's code, without any type of middleman or counterparty controlling a desired or politically motivated outcome, all while using the Ethereum blockchain protocol to maintain transparency. Smart contract technology is one of Ethereum's distinguishing characteristics and an important tool for companies or individuals executing trades on the Ethereum blockchain. When engaged, smart contracts automatically execute according to the terms of the contract written into lines of code. A transaction contemplated by a smart contract occurs on the Ethereum blockchain and is both trackable and irreversible.

28.     Like other virtual currencies, USDT is sent to and received from USDT "addresses." A USDT address is somewhat analogous to a bank account number and is represented as a 46-to 48-character-long case-sensitive string of letters and numbers. Users can operate multiple USDT addresses at any given time, with the possibility of using a unique USDT address for every transaction.

29.     Although the identity of a USDT address owner is generally anonymous (unless the owner opts to make the information publicly available), analysis of the blockchain can often be used to identify the owner of a particular USDT address. The analysis can also, in some instances, reveal additional addresses controlled by the same individual or entity.

**Overview of Cryptocurrency Investment Fraud**

30.     Cryptocurrency investment fraud (CIF) schemes like the one described in this Complaint are commonly referred to as "pig-butchering." That term is derived from the Chinese-language word used to describe such schemes. In 2024 alone, more than 41,000 complaints of CIF were received by the FBI's Internet Crime Complaint Center (IC3), resulting in $5.8 billion in reported losses.[2] CIF schemes are often orchestrated by Asia-based criminal syndicates, predominately operating in southeast Asia.

31.     CIF schemes begin by criminals contacting potential victims through seemingly misdirected text messages, dating applications, or professional meetup groups. Next, using various means of manipulation, the criminal gains the victim's trust and affection. Criminals refer to victims as "pigs" at this stage because they concoct elaborate stories to "fatten up" their victims.

32.     Once that trust is established, the criminal recommends cryptocurrency investment by touting their own, or an associate's, success in the field. Means of carrying out the scheme vary,

---

[2] *See* Fed. Bureau of Investigation, Internet Crime Report 2024 at 36, https://www.ic3.gov/AnnualReport/Reports/2024_IC3Report.pdf.

but a common tactic is to direct a victim to a fake investment platform hosted on a website. These websites, and the investment platforms hosted there, are created by criminals to mimic legitimate platforms. The criminal assists the victim with opening a cryptocurrency account, often on an exchange such as Binance or Coinbase, then walks the victim through transferring money from a bank account to that cryptocurrency account. Next, the victim will receive instructions on how to transfer their cryptocurrency assets to the fake investment platform. On its surface, the platform shows lucrative returns, encouraging further investment; underneath, all deposited funds are routed to a cryptocurrency wallet address controlled completely by the criminals—the "butchering" phase of the scheme.

33.     CIF perpetrators frequently allow victims to withdraw some of their "profits" early in the scheme to engender trust and help convince victims of the legitimacy of the platform. As the scheme continues, victims are unable to withdraw their funds and are provided various excuses as to why. For example, the criminals will often levy a fake "tax" requirement, by stating that taxes must be paid on the proceeds generated from the platform. This is just an eleventh-hour effort by the criminals to elicit more money from victims. The criminals then typically lock the victims out of their "accounts" on the platforms and the victims lose access to their funds. The criminals then move the victim funds beyond reach of law enforcement, typically by using non-custodial or "private" wallets that law enforcement cannot attribute using legal process or blockchain analysis alone; by transferring victim funds through multiple wallets before those funds reach a consolidation wallet; and by commingling victim funds with other funds in a consolidation wallet and sometimes then further transferring the funds to additional "downstream" wallets. Criminals frequently liquidate

their cryptocurrency fraud proceeds by using "brokers" who agree to buy the cryptocurrency in exchange for other currency, including fiat currency.[3]

34.    In 2020—prior to the emergence of these types of scams—confidence schemes, or romance scams, were reported to have cost U.S. victims over $600 million dollars in losses. This represented a $125 million dollar increase from 2019, and $238 million dollars from 2018, for a total of $1.43 billion dollars in losses attributed to confidence schemes from 2018–2020. Separately, during this same time-period, investment scams were reported to have cost U.S. victims over $800 million dollars.[4]

35.    Since the emergence of cryptocurrency-based confidence scams, those same scam categories have seen their losses multiply to over $5.22 billion dollars in 2023 alone for confidence schemes and investments scams combined.[5] And in 2024, that same loss increased to approximately $7 billion dollars.[6]

36.    This investigation began when a victim (named here as "IB") reported on or about October 20, 2023, that he[7] had been tricked into sending approximately $1.4 million in cryptocurrency to a receiving address displayed on Crypto-Tantesrt.com, later determined to be a fraudulent website. In response, USSS agents analyzed the receiving address provided by the scam website. Blockchain analysis revealed additional deposit transactions of victims who had also been tricked into depositing cryptocurrency into these unique addresses ("Scam Addresses"). Agents then

---

[3] Financial Crimes Enforcement Network, *FinCEN Alert on Prevalent Virtual Currency Investment Scam Commonly Known as "Pig Butchering"* (Sept. 8, 2023), https://www.fincen.gov/sites/default/files/shared/FinCEN_Alert_Pig_Butchering_FINAL_508c.pdf.
[4] Internet Crime Complaint Center, Internet Crime Report 2020, https://www.ic3.gov/Media/PDF/AnnualReport/2020_IC3Report.pdf (last accessed 4/9/2025).
[5] Internet Crime Complaint Center, Internet Crime Report 2023, https://www.ic3.gov/Media/PDF/AnnualReport/2023_IC3Report.pdf (last accessed 4/9/2025).
[6] Internet Crime Complaint Center, Internet Crime Report 2024, https://www.ic3.gov/AnnualReport/Reports/2024_IC3Report.pdf (last accessed 6/6/2025)
[7] This complaint will use "he" for clarity purposes but this does not necessarily represent the genders of the victims in the case.

followed cryptocurrency transactions forward from the Scam Addresses, which resulted in the identification of the Defendant Property (Suspect Address Groups).  All these facts are consistent with "Pig Butchering"-style wire fraud in which victims unwittingly send funds to criminals in the form of cryptocurrency.

37.    On or about June 12, 2023, IB connected with an individual identifying themselves as Simna Davis ("SIMNA") on the online dating platform, Tinder. IB reported that shortly after their initial contact, SIMNA requested that they move their conversation to WhatsApp, an encrypted messaging service headquartered in Menlo Park, CA, via phone number +1 (206) 579-2161. Investigation revealed that the phone number belonged to a deceased individual from Seattle, WA. After IB shared the location of his residence, SIMNA claimed to live just thirty minutes away. IB reported that their relationship eventually became personal in nature. IB reported that SIMNA used phrases, such as "sweetheart, honey, my dear," etc. Exhibit 1 is a picture of SIMNA as provided by IB.

**Exhibit 1 – Image of SIMNA as Viewed by Victim IB**



38.    IB indicated that during their first week of WhatsApp conversations, SIMNA began discussing cryptocurrency futures trading, as shown in Exhibit 2. As part of their continued conversations, SIMNA requested that IB set up a trade account to invest, referenced in Exhibit 3.

**Exhibit 2 – Text Exchange between SIMNA and Victim IB**

*[6/19/23, 7:22:25 PM] SIMNA: I am currently trading my BTC short-term options, which is a very fast process and will be completed in about 10~15 minutes.*

*[6/19/23, 7:23:19 PM] IB:* 💰 💰 💰

*[6/19/23, 7:23:24 PM] IB:* 😂 😂

*[6/19/23, 7:23:29 PM] IB: What kind of movies do you like to watch?*

*[6/19/23, 7:27:52 PM] SIMNA: I sent you a message after I was busy, which was a very fast process.*

*[6/19/23, 7:37:21 PM] IB: When you are done trading do you want to video call for maybe a couple minutes.*

*[6/19/23, 7:45:18 PM] IB: If you don't want to I understand* 😊 *no problem ok.*

*[6/19/23, 7:48:05 PM] SIMNA:*

| | |
|---|---|
| 7:45 | ．ıl LTE 75 |
| Done    Buy & Sell your...<br>www.crypto-terming.com | |
| ←    My contract | |

🅱 **BTC/USDT**  2023/06/19 19:44:13

| | |
|---|---|
| Purchase Amount | 194,622 USDT |
| Direction | Up |
| Purchase price | 26,885.8 |
| Contract | 60S |
| Profit | 35031.9599 |
| Delivery Price | 26,894.4 |
| Delivery time | 2023/06/19 19:45:12 |

**Exhibit 3 - Text Exchange between SIMNA and Victim IB**

*[6/19/23, 7:56:49 PM] SIMNA: This does not require the use of a computer, just the use of mobile phones can complete the operation*

*[6/19/23, 7:57:12 PM] SIMNA: Very simple. It only takes 15-20 minutes to complete every day, and it will not affect normal daily life.*

*[6/19/23, 8:04:01 PM] IB: Ok. I still think I'd like to have a computer to do it.*

*[6/19/23, 8:04:22 PM] IB: So I will wait. Can I have a rain check on learning*

*[6/19/23, 8:06:35 PM] SIMNA: It's really not that hard, you can do it, spend very little time doing it every day, you can earn some nice passive income*

*[6/19/23, 8:07:17 PM]  SIMNA: What are you worried about?*

*[6/19/23, 8:08:11 PM] IB: I'm not worried. But before I learn business or do business I like to meet them in person first. So it ok.*

*[6/19/23, 8:08:59 PM] IB: Is it ok?*

*[6/19/23, 8:09:26 PM] SIMNA: I don't think we're going to talk about it when we meet, it makes me feel like we're meeting like a deal.*

*[6/19/23, 8:10:09 PM] IB: Oh no I don't want to talk any business when we meet but I'd like to meet you first is all I'm saying.*

*[6/19/23, 8:12:03 PM] SIMNA: What are you worried about? Is there anything you can say*

*[6/19/23, 8:12:16 PM] IB: No I'm not worried.*

*[6/19/23, 8:13:04 PM] IB: What is your favorite color*

*[6/19/23, 8:22:39 PM] IB: Are you upset with. Me I promise it's not a trust thing. I trust you. It's just a personal thing*

*[6/19/23, 8:22:49 PM] IB: Is that ok.*

*[6/19/23, 8:23:36 PM] IB: Why do I feel like you are upset with me*

*[6/19/23, 8:53:02 PM] SIMNA: You have to understand, I'm teaching you my way of making money.*

> *[6/19/23, 8:53:05 PM] SIMNA: I'm not asking you to do it.*
>
> *[6/19/23, 8:53:16 PM] IB: Ok.*
>
> *[6/19/23, 8:53:49 PM] IB: It's already now you will teach me tomorrow evening if your not busy.*
>
> *[6/19/23, 8:54:44 PM] SIMNA: Why tomorrow? You think teaching you is what I should do?*
>
> *[6/19/23, 8:57:08 PM] IB: You should do everything you want to do I am here if you want to show me something. I am sorry for being difficult.*
>
> *[6/19/23, 8:57:58 PM] SIMNA: It doesn't do me any good to teach you all this. I just hope that we can increase the substantive connection between us in this way, and I also hope that we can have more topics to talk about.*
>
> *[6/19/23, 8:58:18 PM] SIMNA: I won't ask you to give me money, I just teach you the way, everything is done by yourself.*

39.     Continuing on or about June 19, 2023, IB set up a trading account. SIMNA directed IB to download a legitimate mobile application called, "okcoin." Okcoin is a cryptocurrency exchange application that allows investors to perform analysis and trades in foreign exchange, stocks, futures, and cryptocurrency. SIMNA suggested IB purchase $1,000 worth of BTC using a debit card, as shown in Exhibit 4.

**Exhibit 4 - Text Exchange between SIMNA and Victim IB**

> *[6/19/23, 9:18:38 PM] SIMNA: Now you can search for okcoin in your mobile app store and then register your own account, I teach you the right way to buy some BTC*
>
> *[6/19/23, 9:24:21 PM] IB: Ok*
>
> *[6/19/23, 9:25:19 PM] SIMNA: Tell me after the registration is completed, and I will teach you how to complete it step by step.*

> *[6/19/23, 9:32:58 PM] SIMNA: You need to download the app.*
>
> *[6/19/23, 9:43:44 PM] SIMNA: Click on my standard place and continue to give me screenshots. I will teach you step by step.*

40.     Continuing on June 19, 2023, SIMNA told IB to download a Crypto.com[8] DeFi[9] wallet. IB responded by stating he already had a Crypto account/wallet with Crypto.com. However, SIMNA told IB to download a Crypto.com DeFi Wallet, using the mobile application as shown in Exhibit 5.

**Exhibit 5 - Text Exchange between SIMNA and Victim IB**

> *[6/19/23, 10:40:59 PM] SIMNA: Now you can download a DeFi wallet and I'll teach you the remaining steps.*
>
> *[6/19/23, 10:41:29 PM] IB: Ok. But it's late now and I have to be up early can we finish tomorrow or another time.*
>
> *[6/19/23, 10:41:51 PM] SIMNA: It only takes a few minutes to complete*
>
> *[6/19/23, 10:42:53 PM] IB: I have one I think. Really can we do this tomorrow please give me the respect to take a break when I ask.*
>
> *[6/19/23, 10:43:15 PM] SIMNA: Just a few minutes, stick to it, don't worry, I will turn your persistence into your wealth.*

41. SIMNA further directed IB to a website, https://www.cryptonct.com as shown in Exhibit 6.

---

[8] Crypto.com is a cryptocurrency service provider that offers various cryptocurrency-related products and services, such as the DeFi wallet mentioned.

[9] Decentralized Finance, or DeFi, is an umbrella term for peer-to-peer financial services on public blockchains, primarily the Ethereum network, that do not require traditional centralized financial intermediaries. DeFi platforms can offer a range of financial services involving digital assets, including the ability for users to lend, invest, earn interest, and exchange digital assets. DeFi platforms provide these services by using self-executing agreements written in code, known as "smart contracts," and these smart contracts are made accessible to users through decentralized applications (or "DApps").

**Exhibit 6 - Text Exchange between SIMNA and Victim IB**

> *[6/19/23, 10:49:39 PM] SIMNA: Paste the link I sent you at the location I marked and I will take you to your options trading account.*
>
> *[6/19/23, 10:49:54 PM] SIMNA: https://www.cryptonct.com*

42.     According to IB's WhatsApp screenshots, the cryptonct.com domain that SIMNA had IB link to his Crypto.com DeFi wallet redirected him to another domain and trading platform called www.Crypto-Tantesrt.com, hereinafter "Crypto-Tantesrt."

43.     USSS conducted investigations into the initial cryptonct.com domain, as provided by SIMNA. The domain is registered to XIAMEN CHINASOURCE INTERNET SERVICE CO., LTD, and was created on April 21, 2023. The domain was linked to an IP address 103.164.81.38 that resolved out of Singapore.[10]

44.     On or about June 20, 2023, SIMNA directed IB to save the Crypto-Tantesrt domain as a favorite to his Crypto.com DeFi Wallet. By saving the domain as a favorite, IB's Crypto.com DeFi wallet application automatically linked to Crypto-Tantesrt's landing page.

45.     Inducing the victim to save domain links is a common tactic used by perpetrators of a CIF scheme as it ensures that the victim engages with the same link and spoofed site when logging into their DeFi wallet or cryptocurrency application. This tactic also discourages the victim from searching for the legitimate link to cryptocurrency trading platform that has been spoofed.

---

[10] A Reverse IP Lookup for IP address 103.164.81.38 yielded a list of 490 associated domains, including Crypto-Tantesrt. USSS queried the Federal Bureau of Investigation's ("FBI's") Internet Crime Complaint Center, hereinafter known as "IC3" (http://www.ic3.gov), database for all 490 domains associated with cryptonct.com. The query resulted in 86 of the associated domains having at least one complaint tied to them. A total of 36 of those domains had multiple IC3 complaints filed against them mentioning a fraudulent nexus. Crypto-tantesrt yielded the most complaints with eight total. All 86 IC3 complaints were related to crypto investment scams and were reported between the years 2022-2024, with majority of the complaints reported in 2023. The estimated total reported loss for all of the 154 IC3 complaints linked to the domains was $112,788,916.

46.     A review of Crypto-Tantesrt revealed that the domain had similar features to a legitimate trading domain. The platform had wallet functions to include account numbers, cryptocurrency wallet addresses, investment earnings and functionalities for cryptocurrency deposits and withdrawals. Further, the graphics on the domain were consistent with most smartphone trading. Its presence on Crypto.com's DeFi wallet application with Crypto.com's logo as shown in Exhibit 7 further provided a sense of legitimacy to the trading platform.

**Exhibit 7 – Screenshot of Crypto-Tantesrt Platform**



47.     Continuing on or about June 20, 2023, SIMNA directed IB to make an initial deposit to his Crypto-Tantesrt account. IB completed a transfer of 0.03705663 BTC (approximately $998)

from his Okcoin account to the deposit address listed on his Crypto-Tantesrt account, deposit address 39BaGW1GdXvUpVS4azPd7T91FzF7nqdcqW.

48.    The following day, on or about June 21, 2023, SIMNA messaged IB to conduct trades with his investment of $998. SIMNA directed IB through the trading process and provided IB with his principal and earnings associated with the transfers. After completing the trades, SIMNA instructed IB how to calculate his gains and the ROI percentage, as shown in Exhibit 8.

**Exhibit 8 - Text Exchange between SIMNA and Victim IB**

> *[6/21/23, 8:55:35 PM] SIMNA: This is your initial principal for the night.*
>
> *[6/21/23, 8:56:23 PM] SIMNA: 1438.8-1224.6=214*
>
> *[6/21/23, 8:56:48 PM] SIMNA: Your earnings for the night are $214. Would this be the money you made in half a day? lol*
>
> *[6/21/23, 8:57:12 PM] SIMNA: Then use your earnings for the night divided by your initial principal for the night to get the ROI for the night*
>
> *[6/21/23, 8:57:42 PM] SIMNA: Our ROI tonight is about 17%.*
>
> *[6/21/23, 8:58:09 PM] IB: I see ok*
>
> *[6/21/23, 8:58:13 PM] SIMNA: Our orders are synchronized, so our ROI is the same.*
>
> *[6/21/23, 9:02:38 PM] SIMNA: So can you calculate how much I gained tonight?*
>
> *[6/21/23, 9:02:39 PM] IB: 50,148*
>
> *[6/21/23, 9:03:14 PM] SIMNA: Yes, my earnings tonight were around 50k, that's how important the principal is. The more principal you use for the same ROI, the more gains you get.*

49.     SIMNA advised that, in order to make significant gains on trade investments, IB would need to invest more in depositing additional funds onto the platform. SIMNA further advised that it was easy to retrieve funds from the platform, but SIMNA recommended that IB leave his investments on the platform for ease of trade.

50.     SIMNA explained the investment model could reach a "99.7% money making success rate", but that it would not last forever. SIMNA elaborated that there was about 15 days remaining of trade opportunities, and that IB needed to take advantage of them.

51.     Perpetrators of CIF scams orchestrate fake investment gains—e.g., the initial $998 investment resulting in a "17% ROI"—to persuade victims that they are prudently investing their money. As part of the tactic, the victims are provided fictious earning statements to strengthen their trust in the platform's profit potential. Scammers will also utilize time-pressure to entice victims to invest large quantities of funds in a short period of time. Victims are also advised that they have the ability to retrieve their earnings off the platform. The short-term trade deadlines cause the victim to obtain additional funds by taking out personal loans, mortgaging their house, liquidating other investments, or borrowing money from family or friends.

52.     Between June 20 and October 2, 2023, IB sent large quantities of cryptocurrency eight times, totaling approximately $1,036,140, as referenced in Table 1.

| Table 1 - IB's transfers to Crypto-Tantesrt Scam Addresses | | | | |
|---|---|---|---|---|
| Date | Sending Address | Receiving Address | Amount in USD | Asset |
| 6/20/2023 | Okcoin | 39BaGW1GdXvUpVS4azPd7T91FzF7nqdcqW | 998 | BTC |
| 7/06/2023 | Crypto.com | bc1qp2xurkxs6jhd07jjre2xkpdra4jucpxr74yyhw | 29,345 | BTC |
| 7/21/2023 | Crypto.com | bc1qp2xurkxs6jhd07jjre2xkpdra4jucpxr74yyhw | 19,640 | BTC |
| 9/12/2023 | Ibanera.com[11] | 0x70f3fa4a0257a496225192c3eb6b88c46c277953 | 99,273 | ETH |
| 9/12/2023 | Ibanera.com | 0x70f3fa4a0257a496225192c3eb6b88c46c277953 | 495,069 | USDC |
| 9/12/2023 | Ibanera.com | 0x70f3fa4a0257a496225192c3eb6b88c46c277953 | 197,958 | USDC |

[11] Ibanera.com is another cryptocurrency exchange that IB used to exchange his cash for cryptocurrency.

| | | | | |
|---|---|---|---:|---|
| **9/27/2023** | Ibanera.com | 0x70f3fa4a0257a496225192c3eb6b88c46c277953 | 94,427 | USDC |
| **10/2/2023** | Ibanera.com | 0x0f61b2b19bded46872a621f99dc5b75ea27c612e | 99,430 | USDC |
| | | | **$1,036,140** | |

53.     After completion of the trades, IB's investment account portrayed a total of $15,545,407 USDT on the Crypto-Tantesrt application. On or about October 5, 2023, IB attempted to withdraw the entire balance to his bank account. IB then received a notification from Crypto-Tantesrt platform's customer service that to withdraw the amount he would need to pay a 5% withdrawal fee estimated at $777,270. In the same message, IB was told that he could not use the balance in his account and that this fee was to be paid separately to the deposit address on the Crypto-Tantesrt platform. SIMNA advised IB that she was in the same situation and that the fee was necessary to retrieve his funds. SIMNA advised IB that she would contribute and help pay his fee, but that she would pay her portion directly to the platform instead of sending it to his Crypto.com account.

54.     IB reported that he was never successful in retrieving any of his invested funds. Following the above interaction, IB reported that he ended his communications with the scammer(s) and did not send any additional funds to the platform after his final transaction on or about October 2, 2023.

55.     Investigations revealed that SIMNA does not appear to be the person portrayed to IB. USSS confirmed additional victims being scammed using the same domains, identities, photos, and contact information. For example, the photos referenced in Exhibit 9 were sent to other victims using different names, and the identifiers used were sent to other victims with different photos. The picture on the left is IB's SIMNA and the picture on the right is a picture provided by a separate victim of CIF. This victim reported that this female also identified as a Russian named, Simna Davis, using the same phone number (+1 (206) 579-2161) as IB's SIMNA.

19

**Exhibit 9 – Images of Individuals Purporting to Contact Victims Using the Name "Simna Davis"**



SIMNA Davis
As portrayed to IB



Simna Davis
As portrayed to other victims

**Scam Address 0xc56320ac68e4824efaf67aaf1c88921a2d4d63e2**

56.     Upon reporting the scam to USSS, IB provided a screenshot of the scam deposit address that SIMNA directed him to send his investments to. The screenshot of the address is depicted in Exhibit 10.

*(Rest of page intentionally left blank)*

**Exhibit 10 – Victim Provided Screenshot of a Scam Deposit Address**



57. The scam deposit address, hereinafter Scam Address or Addresses, are often used as a forward-facing address that the scammer will display on their investment platform—in this case, the Crypto-Tantesrt.com website. This type of address is often provided to the victim for their cryptocurrency investment deposits. Criminals use these addresses to induce victims to pay into fraudulent cryptocurrency wallets. Once the funds are deposited into the Scam Address, they are stolen by being immediately sent through a series of rapid transfers through addresses operated by the criminal syndicate. In many cases, including IB's, victim funds are stolen and depleted from the Scam Address, and the so called, "platform trades" never occur.

58.     The    Scam    Address    IB    provided    to    USSS    initially    was 0xc56320ac68e4824efaf67aaf1c88921a2d4d63e2, hereinafter "Scam Address 0xc563" (Exhibit 10). IB provided this screenshot to agents with the belief that it was the same address that he sent all his funds to and understood it as the address that held the balance of his investments. But analysts further discovered that IB did not send all his cryptocurrency through Scam Address 0xc563.  Based on reviewing IB's other screenshots and conducting blockchain analysis, analysts found that from June through October of 2023, IB sent funds to other Scam addresses that were displayed on the Crypto-Tantesrt domain:

For Bitcoin transactions:

39BaGW1GdXvUpVS4azPd7T91FzF7nqdcqW

and

bc1qp2xurkxs6jhd07jjre2xkpdra4jucpxr74yyhw

For Ethereum transactions:

0x0f61b2b19bded46872a621f99dc5b75ea27c612e

and

0x70f3fa4a0257a496225192c3eb6b88c46c277953

59.     Agents believe that Scam Address 0xc5632 was a deposit address that was published on the  Crypto-Tantesrt platform, sometime after IB's transactions.  Agents also believe that, when collecting screenshots for agents, IB mistakenly assumed that Scam Address 0xc5632 was consistently displayed as the deposit address he had been using.  One additional Scam Address (0x9d50890dbd52edb89f5397db5af6dcefd74fd8d0) was identified later when IB provided USSS a screenshot of the Crypto-Tantesrt domain on January 12, 2024, during a follow-up interview.

60.     Analysts examined Scam Address 0xc5632 and found that various funds passed through the address before being completely withdrawn. Analysts also found that approximately

97% of the funds received by Scam Address 0xc5632 were sent from reputable exchanges or otherwise legitimate financial institutions that comply with reporting requirements, such as "know your customer" (KYC). These exchanges included, Coinbase, Kraken, Crypto.com, Robinhood, and Ibanera.  This pattern is consistent with victims being directed to convert cash to cryptocurrency to be exfiltrated through scam addresses.

61.    All the Scam Addresses provided by IB bore the same suspicious characteristics, including initial deposits from reputable financial institutions or cryptocurrency exchanges, commingling and rapid movement of incoming funds, recent or relative creation dates just prior to receiving victim transfers, short lifespans ranging between two to three weeks on average, and dormancy after the funds were nearly depleted. These characteristics are common and highly indicative of funds collection from CIF frauds. Furthermore, CIF actors often create private or unhosted addresses[12] for the sole purpose of having victims of the scam send money to them. Those addresses typically serve as the initial deposit address prior to more thorough laundering of illicit proceeds.

62.    Graph 1 shows the transactions of victim deposits into Scam Address 0xc563 from U.S.-based exchanges including Coinbase, Kraken, Ibanera, and Crypto.com. These victim deposits all occurred between on or about June 6, 2023, and on or about October 2, 2023.

---

[12] Unhosted addresses are cryptocurrency addresses that are held and controlled by the owner of the cryptocurrency. They are distinguished from hosted or custodial addresses—those addresses in in which a third party holds the private keys to the cryptocurrency—in that the private keys are held and controlled by the owner.

**Graph 1 – Victim Deposits Scam Address to 0xc563 from US-based Exchanges**



63.     As a result of IB's identification of Scam Address 0x563 on the Crypto-Tantesrt

platform, analysts cross-referenced the address with data from IC3, the FBI's Internet Crime

Complaint Center at ic3.gov, hereinafter known as "IC3."  The query revealed that Scam Address

0x563 was associated with multiple reports from victims of other cryptocurrency investment scams.

Those transactions are depicted in Graph 2 below.  This finding further confirmed that Scam Address

0x563 had been used as a collection address for the proceeds of fraud and that all funds passing

through were likely to consist of the proceeds of scams perpetrated by the same individual or group.

**Graph 2 - Showing Flows of Cryptocurrency from Exchanges to Scam Address**[13]



64.     As a result, the USSS continued to trace transactions deposited into and withdrawn from Scam Address 0xc563.  From this analysis, the USSS identified the Suspect Address Groups that are the subjects of this affidavit. Those Suspect Address Groups are referenced in the full version of Graph 2 (further below).

**The Movement of Funds from Scam Address 0xc563 to Suspect Address Groups**

65.     The USSS identified approximately 98 USDT addresses involved in the movement of funds originating from Scam Address 0xc563 to the Suspect Address Groups. These 98 USDT addresses are referenced as intermediary addresses—they are addresses through which the funds passed on their way to their ultimate destination, in this case, the Suspect Address Groups.

66.     The flows of funds from Scam Address 0xc563 to the Suspect Address Groups bore several unique indications that those transactions originated from CIF and other frauds. For instance, all but eleven of the intermediary addresses used to funnel funds from Scam Address 0xc5632 to the Suspect Address Groups were established in 2023. The accounts exhibited a history of frequent, large-dollar deposit transactions, followed by a pattern of rapid movement of funds with large corresponding withdrawals. Despite the short duration of their use, the intermediary addresses

---

[13] In all graphics in this complaint, cryptocurrency transactions are depicted using, "hops." A hop refers to one transaction between cryptocurrency addresses.

processed an average of approximately $26 million worth of cryptocurrency each, with five addresses receiving and sending transactions worth well over $100 million worth of cryptocurrency. USSS's analysis has identified two addresses receiving and processing almost $240 million worth of cryptocurrency in approximately five months.

67. The flow of funds through the intermediary addresses also used "coin/token-swapping" services, where cryptocurrency and/or tokens are swapped for other tokens. Specifically, all of Scam Address 0xc563's outgoing transactions, totaling approximately $722,256, were sent to address 0xd5e2484de79d54fab1c6bf3beacc7b59bfc5991c, hereinafter "0xd5e2". Consistent with Scam Address 0xc563's incoming transactions, the outgoing transactions to 0xd5e2 were a mix of USDT, ETH, and USDC. Once received into 0xd5e2, the ETH and USDC were commingled and swapped to USDT using the decentralized coin swap exchange platform, "Tokenlon."[14] The use of Tokenlon to swap coins such as ETH and tokens such as USDC reflects an effort to conceal the movement of illicit proceeds throughout this investigation.

68. The swapping of virtual currency provides opportunities for money launderers to introduce additional complexities in obfuscation. Money launderers often swap coins or tokens for USDT to obfuscate the origin of funds. Also, money launderers are particularly drawn to the use of USDT because of its low transaction fees and stability compared to other more volatile cryptocurrencies. Additionally, USDT is compatible on several different blockchains. CIF syndicates will use tokens that can be traded on multiple blockchains to help in concealing the origin of illicit funds and to add to the complexity of tracing them. This money laundering technique is

---

[14] According to its public website, www.tokenlon.im, Tokenlon is described as "a trustless token-to-token exchange." Tokenlon does not require customers to provide KYC when using its services. Tokenlon serves as a decentralized trading platform for an exchange called, "imToken" headquartered in Singapore. Each swap incurs a fee that is applied to the transaction and deducted from return of funds.

often referred to as, "Chain-hopping." The combination of token-swapping and chain-hopping is a tactic CIF syndicates deploy to obfuscate the nature, source, control, and/or ownership of those proceeds.

69.    Criminals will often conduct an otherwise unnecessary and costly number of transactions in the transfer of funds to layer ill-gotten funds, ultimately to conceal or disguise the nature, location, source, ownership, or control of those proceeds. The large number of rapid transfers, each incurring fees associated with the transactions, and with no apparent business purpose, in transactions throughout this case is a strong indication that the movement of funds was performed in a manner meant to conceal or disguise the nature, location, source, ownership, or control of the proceeds of a specified unlawful activity (in this case, wire fraud and money laundering).

### Tracing Funds from Scam Address 0xc563 to Suspect Address Groups A, B, C, and D (0x7913)

70.    USSS traced each identified victim's proceeds from the victim's virtual currency accounts, to Scam Address 0xc563, through intermediate addresses, and ultimately to Suspect Address Groups A, B, C, and one address of Suspect Address Group D, 0x7913e50983f0ce6c2ce54aa873db0a87f87486ea, hereinafter 0x7913. Details of these victims' transactions originating from Scam Address 0xc5632 are outlined below and summarized in Graph 2B. The victims are identified as Victim A1, B1, B2, C1, and D1 based on what Suspect Address Group the individual victim's funds were traced to (A through D) and the order in which the victim is discussed in this affidavit.  These victims, like all the victims identified in the affidavit by pseudonyms such as A1, D1 and the like, have reported that they are victims of CIF scams akin to that described above. Graph 2B depicts the flow of each victims funds. As shown, each victim paid into Scam Address 0xc563, and then the funds flow through various unhosted addresses, taking different paths, all ultimately ending up in the Suspect Address Groups A, B, C, and D.

*(Rest of page intentionally left blank)*

**Graph 2B – Summary flow of funds from Victims A1, B1, B2, C1, and D1 to Suspect Address Groups A-D**



### Suspect Address Group D (0xf149) and E

71.    USSS analyzed the USDT transactions utilized in the various transfers between victim transactions to the Suspect Address Groups and observed a commonly used intermediate address 0x8569167ee0ba79cfafd2501aeec1c4de5127085c, hereinafter "Hub 0x8569" that functioned as an intermediary address for obfuscating victim proceeds that had direct transactions with Suspect Address Group D, 0xf149c1b7e829bd87f9768eb32717fb8a82fded6f, hereinafter "0xf149". Hub 0x8569 also had direct swaps with Tokenlon and served as the token-swapping

address between addresses that ultimately transacted with multiple Suspect Address Groups. Hub 0x8569 has also been identified as an active intermediary address receiving and sending victim proceeds in at least two other USSS investigations into CIF laundering. Hub 0x8569 also sent funds to one of the Suspect Address Group E addresses (0x186e), as depicted in Graph 3, below. This led to reverse-tracing additional identified-victim proceeds that were deposited into the other Suspect Address Group E addresses, including 0xa6bccfd21c5b23965c5f31d70fcef17b83b9c04a and 0xe2102860361ced07ab9d75dbe815962b72165e82, as outlined below in the respective Subject Address Group Token sections and shown on Graph 3. Reverse-tracing is an investigative technique used to identify incoming deposits and transactions into an address or wallet and trace their origin, which, in this case, identified additional victims' initial transactions into addresses associated with the fraudulent cryptocurrency investment platform or domain. Reverse-tracing allows investigators to identify additional victims of CIF schemes that have proceeds sent to a specific address.

**Graph 3 - Summary flow of funds from Victims to Suspect Address Groups D and E**



**Reverse Trace from Suspect Address Groups**

72.     Suspecting that the identified new addresses were being used to collect fraud proceeds, USSS reverse traced the transactions deposited into the Suspect Address Groups and located at least 117 victim complaints on IC3 whose funds ultimately were deposited into the addresses.

73.     By tracing IB's transactions, USSS analysts found that portions of his investments were traced through to three Suspect Address Groups (A, B, and C), and as of the time of seizure had funds still in Suspect Address Groups A and B, as detailed below.

74.     Once the Suspect Address Groups were identified through the tracing of victim proceeds, USSS conducted an analysis of the deposits made into the addresses and identified additional commingled fraudulent proceeds. Specifically, USSS reverse-traced the deposits made after the final withdrawal of USDT for each of the Suspect Address Groups. Therefore, all transactions reverse-traced remained in the Suspect Address Groups at the time of seizure. USSS reverse-traced these deposit transactions and details of such tracing is summarized below in each Suspect Address Group tracing section. Through this exercise, USSS identified additional victims of CIF and further confirmed that the Suspect Address Groups contain the proceeds of frauds and were used to conceal those same proceeds through the commingling with other funds.

75.     These victims and a summary of the indicators they were victims of CIF are outlined below in each Suspect Address Group section. They are referenced in Tables 2, 4, 5, 7, 9, 10, 12, and 13. USSS identified and interviewed the victims to confirm the details of their IC3 complaints and that there was wire fraud committed. USSS traced each of these victims' proceeds from their initial investment deposit into the Scam Address to its final deposit into the Suspect Address Groups.

**USSS Traced Victim funds to Suspect Address Group A**

**(0xa6fbe3a6d5b8237fc8d1f91a2f852f77e2a8591c)**

76.    USSS analyzed IB's transactions and traced a portion of IB's funds to Suspect Address Group A. As shown on Table 1, on or about September 27, 2023, IB sent approximately 94,427 USDC to a Crypto-Tantesrt Scam Address, 0x70f3fa4a0257a496225192c3eb6b88c46c277953, hereinafter "Scam Address 0x70f3". After the initial deposit, IB's funds were transferred 37 times, while being commingled with other funds. The funds passed through roughly 29 different intermediate addresses, including a cross-token swap through Tokenlon, until a portion of the proceeds was deposited into Suspect Address Group A (and other proceeds into Suspect Address Group B). A summary of this trace is depicted in Graph 4.

**Graph 4 – Summary of Victim IB's funds to Suspect Address Groups A and B**



77.    In addition to IB and Victim A1, Victim A2 referenced in Table 2 was a victim CIF. The proceeds of Victim A2's fraud were also transferred through a series of intermediate addresses to Suspect Address Group A.

| Table 2 – Information about the Fraud of Victim A2 | |
|---|---|
| **Victim Name:** | A2 (KK) |
| **Victim Location:** | Omaha, NE |

| IC3 Report Date: | November 17, 2023 |
|---|---|
| Scammer Alias: | Meghan Schlichting |
| Scammer Phone No.: | (323) 510-7067 |
| Social Media Platform: | LinkedIn then transitioned to WhatsApp |
| Suspicious Domain: | golddex-web3.ink |
| Known Scam Address: | 0x66350df76c6afaa9910c09e72dac5cc505774670 |
| Date of Transaction: | November 1, 2023 |
| Transaction ID: | 0x2417e4f9f51dd3aa446760675200467a12557345e9dbb2f42df0c218d424f69c |
| Amount/Asset: | 109.61 ETH |
| Victim Exchange: | Coinbase |
| Amount in USD: | $202,876 |
| Suspect Address Group A: | 0xa6fbe3a6d5b8237fc8d1f91a2f852f77e2a8591c |
| Total Reported Loss: | $360,000 |

78. Graph 5 demonstrates the movement of funds from Victim A2 to Suspect Address Group A.

*(Rest of page left intentionally blank)*

**Graph 5 – Summary of Victim A2's funds to Suspect Address Group A**



79.     On or about November 1, 2023, Victim A2 transferred approximately 109.61 ETH to a Scam Address 0x66350df76c6afaa9910c09e72dac5cc505774670 hereinafter, "Scam Address 0x6635" associated with a fraudulent investment website, golddex-web3.ink. On November 1, 2023, the subjects transferred approximately 109.61 ETH to address 0x2fa953e757afe65cb602bd79c276826cb114f15f, hereinafter, "0x2fa9." The subjects then conducted a cross-token swap using the Tokenlon platform, swapping approximately 109.61 ETH for approximately 201,714.84 USDT. Within approximately a minute and a half, the scammers transferred approximately 201,714.84 USDT to address 0x4dc14bd6752379893fb420efe67d27f0f94386b9, hereinafter "0x4dc1". On November 3, 2023, the

scammers transferred approximately 200,000 USDT to address 0x9cc16786f2b58a2451951c69e19912ab99624437, hereinafter, "0x9cc1". On November 4, 2023, the funds were commingled with other victim proceeds in 0x9cc1 and then were transferred out as approximately 350,000 USDT to address 0x0602f5c53a2b9c36c57bb0f78c1cf45fced2f55e, hereinafter, "0x0602". Continuing on November 4, 2023, the subjects transferred approximately 350,000 USDT to address 0x8f6e9b486d94aa38786c3e323ed9fbafab8eadd8, hereinafter, "0x8f6e". On November 5, 2023, after being commingled with additional victim proceeds, the suspects transferred approximately 963,000 USDT to address 0x1e97b03ebb4f3b69edd6828c09696165192a9f6e, hereinafter, "0x1e97". On November 5, 2023, the funds were commingled with additional victim proceeds, and then approximately 2,528,349 USDT was transferred into Suspect Address Group A.

80. Tracing analysis revealed that the last withdrawal from Suspect Address Group A took place on November 1, 2023. Victim A2's funds remained in Suspect Address Group A at the time of seizure, along with other USDT assets the scammers appear to have been pooling. Scammers often pool USDT assets at the end of a laundering scheme to attempt to obfuscate the origin of the illicit proceeds. Scammers often hide their tracks by conducting rapid transfers through such methods as the use of multiple intermediary addresses, token-swapping, and commingling. Proceeds are then aggregated, or pooled, and, in many cases, lay dormant.

81. Approximately 200,000 USDT of the balance in Suspect Address Group A could be traced back to Victim A2's initial transaction. This calculation was reached by tracing Victim A2's initial investment of 109.61 ETH through one transfer and its swap for 201,714 USDT. The funds then went through an additional five transfers before making its final deposit into Suspect Address

Group A. The subjects then divided and transferred the remaining funds to other cryptocurrency addresses.

1.      The portion of IB's proceeds that were sent to Suspect Address Group A arrived the day before Victim A2's funds were deposited. After taking a different path to Suspect Address Group A, IB's flow of proceeds were sent to Tokenlon for a cross-token swap from USDC to USDT. IB's funds were then commingled in 0x1e97, the same address where Victim A2's funds were consolidated prior to being deposited into Suspect Address Group A. On November 6, 2023, 482,000 USDT of IB's funds were deposited into Suspect Address Group A. This transaction included an estimated 25,000 USDT that were attributable to IB's September 27, 2023 transaction.

82.      As mentioned, there were no withdrawals from Suspect Address Group A after the deposits of Victim A2 and IB's commingled funds. Therefore, both Victim A2 and IB's proceeds remained in the address. Since its creation, Suspect Address Group A has maintained a balance and has not been drawn to a zero balance.

**Additional Victim Proceeds traced to Suspect Address Group A**

83.      In addition to the analysis of the funds of Victims A1 and A2, USSS, using reverse-tracing techniques mentioned above,  identified additional CIF victims that filed IC3 complaints and sent proceeds that were ultimately sent to Suspect Address Group A. These victims are referenced in Table 3. The table includes Victim B2's proceeds (later referenced below).

| Table 3 – Summary of Victim Transfers and Losses for Suspect Address Group A | | | | |
|---|---|---|---|---|
| **Victim** | **Date Reported** | **City/State** | **Reported Loss** | **Proceeds Traced** |
| **A1** | 11/2/2023 | Dublin, OH | $5,000 | $10,000 |
| **A2** | 11/17/2023 | Omaha, NE | $360,000 | $202,876 |
| **A3** | 11/23/2023 | Darien, CT | $119,000 | $41,400 |
| **A4** | 12/7/2023 | Brownsville, PA | $10,833 | $4,700 |
| **A5** | 1/8/2024 | Miami, FL | $290,000 | $18,000 |
| **A6** | 11/9/2023 | Hinesburg, VT | $180,000 | $48,000 |

| | | | | |
|---|---|---|---|---|
| A7 | 12/18/2023 | Pompton Lakes, NJ | $325,000 | $33,000 |
| A8 | 12/20/2023 | Gonzales, LA | $601,000 | $63,900 |
| A9 | 11/8/2021 | Las Vegas, NV | $2,100 | $8,000 |
| A10 | 1/22/2024 | Wilmington, CA | $133,200 | $24,000 |
| A11 | 3/18/2024 | Longwood, FL | $4,289,640 | $3,000 |
| A12 | 11/13/2024 | Santa Barbara, CA | $22,470. | $8,801 |
| A13 | 1/28/2024 | Denver, CO | $361,771 | $4,000 |
| A14 | 3/25/2024 | Shelby, OH | $220,000 | $7,000 |
| A15 | 1/14/2024 | Redondo Beach, CA | $563,874 | $7,000 |
| A16 | 12/29/2024 | Alliance, NE | $593,000. | $7,000 |
| A17 | 2/20/2024 | Hopkinton, MA | $300,000 | $39,274 |
| A18 | 2/28/2024 | Bossier City, LA | $310,000 | $5,000 |
| A19 | 11/9/2023 | Womelsdorf, PA | $179,000 | $7,000 |
| A20 | 11/18/2023 | Citrus Heights, CA | $193,492 | $10,000 |
| A21 | 3/15/2024 | Tempe, AZ | $228,500 | $13,276 |
| B2 | 11/21/2023 | Brooklyn, NY | $95,670 | $9,000 |
| | | **Total:** | **$9,383,550** | **$574,229** |

84.    The 22 victims referenced above collectively reported losses of approximately $9,383,550. Blockchain analysis revealed that these victim proceeds have been commingled and remained in Suspect Address Group A at the time of seizure. The tracing of commingled, victim proceeds to Suspect Address Group A is shown below in Graph 6.

**Graph 6 – Summary of Funds Movement from Victims A1-A21 & B2 to Suspect Address Group A**



85.     As shown, an intermediary address used to launder Victim A2's funds, starting with 0x0602, was also used to deposit $223,246 of commingled funds from six additional victims that reported losses from CIF. Another intermediary address starting with 0x1e97 received a total of $470,435 commingled funds from 15 additional individuals that reported being victims of CIF.

86.     As of February 21, 2024, Suspect Address Group A maintained a USDT balance of approximately $6,655,566.

87.     The victim proceeds referenced above were commingled and transferred to Suspect Address Group A in a total of 10 deposit transactions, totaling an estimated $5,038,062 USDT.

88.     Individuals engaged in fraud sometimes move proceeds of criminal activity through multiple financial accounts, including virtual currency wallets, sometimes at a rapid pace, and often with no discernable legitimate purpose.  Such individuals move proceeds in this fashion to hide the financial connection between the illegal activity and the ultimate account.  The blockchain analysis in this case demonstrates such conduct.  Specifically, that analysis shows the victims' funds were broken up, distributed through a series of cryptocurrency wallets, were re-consolidated with other funds in Suspect Address Group A, without any apparent legitimate economic purpose.  The existence of these convoluted, intermingled, and re-consolidated transactions—which incurred transaction fees and served no apparent legitimate purpose—imply that the "purpose of these numerous, fast-repeating, and intermingled transactions was to conceal the nature, source, location, ownership and control of the proceeds. *See, e.g., United States v. Sterlingov*, No. 1:21-cr-00399-RDM, 2023 WL 2387759, *7 (D.D.C. Mar. 6, 2023) (finding probable cause for forfeiture of funds under § 982 as property involved in §§ 1956 and 1960 offenses, court concluded that "there is probable cause to believe that [defendant]'s seized funds"—even if not proceeds of crime—"were 'involved in'" defendant's bitcoin tumbler business' "unlicensed money transmitting operations"

37

that mixed bitcoins for a fee, making it more difficult to trace); *United States v. Rodriguez*, 53 F.3d 1439, 1447-48 (7th Cir. 1995) (convoluted real estate transactions, from which intent to conceal or disguise may be inferred, also imply knowledge of illegal source; jury could infer knowledge from combination of suspicion and indifference to the truth). Accordingly, all the funds in Suspect Address Group A facilitated and were "involved in" the commission of concealment money laundering.

89.     Additionally, where the government shows that the suspected money launderer commingled criminal proceeds with untraced funds in an account or wallet via transactions apparently designed to conceal the nature, source, ownership, location, or control of criminal proceeds, then those commingled untraced funds are forfeitable as having facilitated—and therefore as having been "involved in"—money laundering. *See, e.g., United States v. Bikundi*, 926 F.3d 761, 793-94 (D.C. Cir. 2019) (collecting cases).

90.     Tracing more than one victim's funds to the same address from multiple frauds committed within a short time-period suggests that the address and the other funds contained in that address, are being used to collect, conceal, and launder those funds. Additionally, the presence of multiple victims' funds being traced to the same address is further evidence that the address involved—in this case, Suspect Address Group A—was used in the laundering of funds generated by CIF.  Therefore, the funds currently in Suspect Address Group A are the proceeds of, and/or are being used to conceal the proceeds of, specified unlawful activities, to wit, wire fraud, money laundering, and money laundering conspiracy.

**Suspect Address Group B
(0x673c1243844250719262d9950582b39d1726e151,
0x5ced8dc729662eab1f923b3c43bfe6bb2dcd2ae6)**

91.     As referenced in Graph 4, USSS traced a portion of IB's funds to Suspect Address Group B, specifically address 0x5ced8dc729662eab1f923b3c43bfe6bb2dcd2ae6, hereinafter "0x5ced". As referenced in Table 1, on or about September 27, 2023, IB sent approximately 94,427 USDC to Scam Address 0x70f3. Those funds were commingled and transferred approximately 14 times and passed through roughly 14 different intermediate addresses, including a cross-token swap through Tokenlon. The funds were eventually deposited into Suspect Address Group B, 0x5ced. Suspect Address Group B, 0x5ced was the same destination for Victim B1's proceeds, also referenced in Graph 2. Additionally, Victim B2's funds were deposited into Suspect Address Group B, address 0x673c1243844250719262d9950582b39d1726e151, hereinafter "0x673c". Victim B2's movement of funds is also outlined in Graph 2.

**USSS Traced Victim B3's Funds to Suspect Address Group B (0x673c)**

92.     In addition to IB, Victims B1, and B2, Victim B3, referenced in Table 4, are confirmed victims of CIF and had proceeds transferred to Suspect Address Group B, 0x673c.

| Table 4 – Information about the Fraud of Victim B3 | |
|---|---|
| **Victim Name:** | B3 (LL) |
| **Victim Location:** | Irvine, CA |
| **IC3 Report Date:** | November 2, 2023 |
| **Scammer Alias:** | Roger Wenhui Pan |
| **Scammer Phone No.:** | (773)788-3896 |
| **Social Media Platform:** | WeChat then transitioned to Telegram |
| **Suspicious Domain:** | Coinidcm-ex.com |

| Known Scam Address: | 0x361ca17e62b815dcfec72e04cf30b6fa1d1ad7ad |
|---|---|
| Date of Transaction: | October 5, 2023 |
| Transaction ID: | 0xf9196223cef6f7aef55cc5576e0883e5282d7d8771471858bbcfacdba067296c |
| Amount/Asset: | 750,433 USDT |
| Victim Exchange: | Kraken |
| Amount in USD: | $750,264 |
| Suspect Address Group B: | 0x673c1243844250719262d9950582b39d1726e151 |
| Total Reported Loss: | $1,840,000 |

93.    As illustrated in Graph 7, on or about October 5, 2023, Victim B3 transferred approximately 750,433 USDT on the Ethereum blockchain from her Kraken account to an address associated with the fraudulent platform Coinidcm-ex.com [15], 0x361ca17e62b815dcfec72e04cf30b6fa1d1ad7ad, hereinafter, "Scam Address 0x361c". Continuing on or about October 6, 2023, the address transferred approximately 750,433 USDT to address 0x621ce174b72c75028ff641bf079cb8b6cdd79cee, hereinafter, "0x621c" where the funds were commingled with other funds. On October 7, 2023, scammers transferred approximately 69,930 USDT to address 0x8ad077dc2f454e6e8c55d7251db023798b357fac, hereinafter "0x8ad0". On or about October 8, 2023, the suspects then transferred as 71,930 USDT to address 0x08737ef526df70f190ff947c6dad532d0da8c385, hereinafter, "0x0873". Continuing on or about October 8, 2023, the suspects transferred 71,930 USDT to address 0xe9d16b5b6b1c2c6c6b3ae0d4b5bef9921e654f32, hereinafter, "0xe9d1". Then the funds were split

---

[15] This victim interacted with this website in a similar fashion to the way that Victim IB was defrauded by Crypto-Tantesrt.com.

in 0xe9d1 and transferred out as 42,333 USDT to address 0x7fe4cedefaafaaa76f297bdf2ee81500f98dde10, hereinafter, "0x7fe4". On or about October 10, 2023, the funds were commingled with additional victim proceeds, and then the suspects transferred approximately 78,535 USDT to address 0xcf457ce66931379aaee634e53165adcfbb7fb7b9, hereinafter, "0xcf45". Continuing on or about October 10, 2023, the funds were commingled in 0xcf45 and the suspects transferred 78,623 USDT to address 0x6967cd36a9ba9b4664c3390e78901140b33e7a89, hereinafter, "0x6967". Continuing on or about October 10, 2023, the suspects transferred approximately 78,600 USDT to address 0x177d543cd0e93e178b22eb7be480be8baeb926bd, hereinafter, "0x177d". On or about October 24, 2023, the funds were commingled with additional victim proceeds in 0x177d and then deposited as 199,900 USDT into Suspect Address Group B, 0x673c.

94. Tracing analysis revealed that as of the time of seizure, Victim B3's funds remained in Suspect Address Group B, 0x673c, and the address appeared to be pooling USDT assets. There are no known USDT withdrawals from Suspect Address Group B.

95. USSS calculated that approximately 42,333 USDT of the balance in Suspect Address Group B, 0x673c could be traced back to Victim B3's original transaction. This calculation was reached by tracing Victim B3's initial investment of 750,433 USDT through eight intermediary address transfers before moving into Suspect Address Group B, 0x673c. During the course of transfers, the amount transferred was commingled with additional victim proceeds, then split between addresses to 42,333 USDT, which was the lowest transfer amount prior to being commingled with other victim proceeds and deposited as 199,900 USDT in Suspect Address Group B, 0x673c.

41

**Graph 7 – Movement of Victim B3 and B4 Funds into Suspect Address Group B**



**USSS Traced Victim B4's Funds to Suspect Address Group B (0x5ced)**

96.     Victim B4, referenced in Table 5, is a victim of CIF and also had proceeds transferred

to Suspect Address Group B, 0x5ced.

| Table 5 – Information about the Fraud of Victim B4 | |
|---|---|
| **Victim Name:** | B4 (ACR) |
| **Victim Location:** | Los Angeles, CA |

| IC3 Report Date: | February 13, 2024 |
|---|---|
| Scammer Alias: | Camille Pidoux |
| Scammer Phone No.: | (661) 362-9462 |
| Social Media Platform: | Facebook Messenger then transitioned to WhatsApp |
| Suspicious Domain: | Trustsdefi.com; Trustsdefiweb.com |
| Known Scam Address: | 0x44278f36a5ff4bc42f00a2088ebb85982af8db04 |
| Date of Transaction: | December 21, 2023 |
| Transaction ID: | 0x3420c9c3fb467b4d7f181c7e7a26c576060f436efcd9ea58f4d735e432f20a2c |
| Amount/Asset: | 6.65 ETH |
| Victim Exchange: | Crypto.com |
| Amount in USD: | $14,637.81 |
| Suspect Address Group B: | 0x5ced8dc729662eab1f923b3c43bfe6bb2dcd2ae6 |
| Total Reported Loss: | $100,000 |

97.     As illustrated in Graph 7, on or about December 21, 2023, Victim B4 transferred approximately 6.65 ETH on the Ethereum blockchain from his Crypto.com account to the Trustsdefiweb.com[16] address 0xa08e7ab7a3db7c69ba8ca89a24ddbff1f38dbd9a, hereinafter, "Scam Address 0xa08e". The same day, the suspects transferred approximately 6.65 ETH to address 0xc2c55ff59a364701ac98a9d0024a65475c7f70a5, hereinafter, "0xc2c5" where the funds were commingled with other victims' proceeds, then cross-token swapped using the Tokenlon platform, swapping approximately 9 ETH for approximately 60,000 USDT. On December 22, 2023, suspects

---

[16] This victim interacted with this website in a similar fashion to the way that Victim IB was defrauded by Crypto-Tantesrt.com.

transferred approximately 60,000 USDT to address 0x08737ef526df70f190ff947c6dad532d0da8c385, hereinafter "0x0873". Continuing on or about December 22, 2023, the proceeds were commingled with additional victim proceeds and were then transferred from 0x0873 to address 0xe9d16b5b6b1c2c6c6b3ae0d4b5bef9921e654f32, hereinafter, "0xe9d1", as approximately 67,197 USDT. The funds were then split and sent to address 0x7fe4cedefaafaaa76f297bdf2ee81500f98dde10, hereinafter, "0x7fe4" as approximately 50,000 USDT. The funds were commingled and then transferred from 0x7fe4 to address 0x6967cd36a9ba9b4664c3390e78901140b33e7a89, hereinafter, "0x6967" as approximately 64,160 USDT. Continuing on or about December 22, 2023, the funds were commingled with additional victim proceeds and were then transferred from 0x6967 to address 0x38bc91674258d50ca501f323dcdedeb67db90a2c, hereinafter, "0x38bc", as approximately 125,500 USDT. Continuing on or about December 22, 2023, the funds were further commingled with other victim proceeds and transferred to address 0x1235f811615e3a432ff54a71028d30f034324d81, hereinafter "0x1235", as approximately 125,500 USDT. On December 25, 2023, the funds were again commingled with additional victim proceeds and then deposited from 0x1235 into Suspect Address Group B, 0x5ced as approximately 200,000 USDT.

98. Tracing analysis revealed that Suspect Address Group B retains Victim B4's funds and appears to be pooling them with other USDT assets. No USDT withdrawal from Suspect Address Group B 0x5ced was conducted. Therefore, all victim proceeds discussed in this section remained in the address at the time of seizure.

99. The USSS calculated approximately 14,297 USDT of the balance in Suspect Address Group B, 0x5ced could be traced back to Victim B4's original transaction. This calculation was

reached by tracing Victim B4's initial investment of 6.65 ETH through one transfer (which was then then commingled with other funds), totaling nine ETH swapped for 60,000 USDT using Tokenlon. Victim B4's funds continued through six additional transfers before finally being deposited into Suspect Address Group B, 0x5ced. During the transfers, the amount sent was commingled with additional victim proceeds, but never reduced to less than Victim B4's initial transfer amount.

**Additional Victim Proceeds Traced to Suspect Address Group B**

100.   In addition to Victims B1-B4, USSS identified victims referenced in Table 6, which filed IC3 complaints as being victims of CIF and had proceeds transferred to Suspect Address Group B. The table includes Victims A6 and C1 (later referenced below) who had separate portions of their proceeds deposited into Suspect Address Group B.

| Table 6 – Summary of Victim Transfers and Losses for Suspect Address Group B | | | | |
|---|---|---|---|---|
| Victim | Date Reported | City/State | Reported Loss | Proceeds Traced |
| B1 | 10/28/2023 | Pottsville, PA | $128,600 | $7,300 |
| B2 | 11/21/2023 | Brooklyn, NY | $95,670 | $69,000 |
| B3 | 11/2/2023 | Irvine, CA | $1,840,000 | $42,000 |
| B4 | 2/13/2024 | Los Angeles, CA | $100,000 | $14,000 |
| B5 | 10/25/2023 | Castro Valley, CA | $30,000 | $7,800 |
| B6 | 11/18/2023 | Citrus Heights, CA | $193,492 | $22,000 |
| B7 | 11/13/2023 | Santa Barbara, CA | $22,470 | $4,965 |
| B8 | 1/25/2024 | Concord, NC | $330,980 | $8,000 |
| B9 | 12/28/2023 | St. Mary's, GA | $107,078 | $39,121 |
| B10 | 12/9/2023 | Seattle, WA | $60,787 | $5,000 |
| B11 | 2/1/2024 | Algonquin, IL | $150,000 | $10,000 |
| B12 | 1/3/2024 | Atwater, CA | $50,000 | $40,000 |
| B13 | 1/28/2024 | Denver, CO | $361,771 | $14,000 |
| B14 | 12/29/2023 | Elwood, IL | $539,721 | $5,000 |
| B15 | 10/24/2023 | Owasso, OK | $90,045 | $6,000 |
| B16 | 3/8/2024 | Conroe, TX | $339,284 | $10,000 |
| B17 | 5/4/2023 | Nampa, ID | $20,000 | $34,000 |

| | | | | |
|---|---|---|---|---|
| **B18** | 12/23/2023 | Tacoma, WA | $490,000 | $94,800 |
| **B19** | 10/21/2023 | Dacula, GA | $22,224 | $34,000 |
| **B20** | 1/6/2024 | Revere, MA | $300,000 | $7,698 |
| **B21** | 3/21/2024 | Queens, NY | $273,113 | $7,000 |
| **B22** | 2/21/2024 | Kasson, MN | $200,000 | $7,000 |
| **B23** | 3/24/2024 | Hermosa Beach, CA | $419,741 | $3,859 |
| **B24** | 12/8/2023 | West Melbourne, FL | $8,000 | $6,789 |
| **B25** | 8/22/2023 | Mobile, AL | $144,000 | $29,260 |
| **B26** | 11/20/2023 | Scottsdale, AZ | $51,000 | $8,232 |
| **B27** | 12/19/2023 | Lake Orion, MI | $723,074 | $27,000 |
| **B28** | 2/14/2024 | Birmingham, AL | $550,000 | $93,400 |
| **B29** | 11/15/2023 | Terrell, TX | $100,000 | $40,000 |
| **A6** | 1/14/2024 | Redondo Beach, CA | $563,874.33 | $17,000 |
| **C1** | 12/30/2023 | Orting, WA | $150,000 | $34,000 |
| | | **Total:** | **$8,454,929** | **$748,225** |

101.    The 31 victims referenced above collectively reported losses of approximately $8,454,929. Blockchain analysis revealed that victim proceeds were commingled and remained in Suspect Address Group B. The tracing of commingled, victim proceeds to Suspect Address Group B is shown below in Graph 8.

**Graph 8 – Abbreviated Tracing of Victim Funds to Suspect Address Group B**



102.    As shown, an intermediary address of Victims B3 and B4, starting with 0x0873, was used to deposit $468,181 of commingled funds from 11 separate victims that reported losses to CIF. Further down the intermediary-address chain, an address starting with 0x7fe4 received $998,808 commingled funds from 16 separate individuals who also reported being victims of CIF. There were two additional victims that had CIF proceeds of $136,556 sent through 10 other intermediary addresses and then deposited into Suspect Address Group B, 0x5ced.

103.    As of February 21, 2024, Suspect Address Group B maintained an estimated USDT balance of $2,098,226 (0x673c) and $8,842,610 (0x5ced).

104.    The victim proceeds referenced above were commingled and transferred to Suspect Address Group B (0x673c) in a total of six deposit transactions, totaling an estimated $1,319,880 USDT. Similarly, victim proceeds referenced above were commingled and transferred to Suspect Address Group B (0x5ced) in a total of 19 deposit transactions, totaling an estimated $3,699,900 USDT.

### Suspect Address Group C 0xfa92bd55b1aac63f704cacc381a6cef2e6776ec7)

105.    In addition to Victim C1 (Graph 2B), Victim C2, referenced in Table 7, is a victim of CIF and had proceeds transferred to Suspect Address Group C.

106.    As illustrated on Graph 9, on or about November 4, 2023, Victim C2 transferred approximately 297.64 ETH to an address associated with fraudulent platform BP Digital Scam Address (0x41ac6fb92dac29cf1c3060575f52b2548af5cad8). The same day, 297.64 ETH was transferred     from     Scam     Address     0x41ac     to     an     address (0xc26bf45e50c868d1ce0d0555c795a8be0852be52), and then was swapped using Tokenlon, swapping approximately 297 ETH for approximately 543,180 USDT. Within approximately two minutes,     542,983.14     USDT     was     transferred     from     0xc26b     to     address

(0xd777d781b226f77ab4571a1db422e8d23ee995dd), hereinafter "0xd777". Then the suspects transferred approximately 230,000 USDT to another address (0xadd8d02fb1a1b6124bea68f6f327dc96ca3db396), hereinafter "0xadd8". On November 5, 2023, address 0xadd8 transferred approximately 180,000 USDT to address (0xf1b168c1bab6f09482bd150058fb281362403e96), hereinafter "0xf1b1". Address 0xf1b1 then transferred approximately 139,959 USDT to address (0x8393c9ecb51554e50b7a13d37d7b4e62c62c40c4), hereinafter "0x8393". Finally, address 0x8393 transferred 139,959 USDT to Suspect Address Group C.

**Graph 9 – Movement of Victim C2 Funds into Suspect Address Group C**



107.    Tracing analysis revealed that Victim C2's funds in Suspect Address Group C remained as of the time of seizure, and that the addresses appeared to be pooling USDT assets.

108.    Approximately 139,959 USDT of the balance in Suspect Address Group C could be traced back to Victim C2's original transaction. This calculation was reached by tracing Victim C2's initial investment of 297.64 ETH through one transfer, through a swap for 542,983 USDT, then on

through an additional four transfers before being deposited into Suspect Address Group C. Over the course of six transfers, the lowest balance in any of the addresses was 139,959 USDT.

109.    Further analysis revealed that no one has withdrawn any funds from Suspect Address Group C after Victim C2's commingled funds were deposited, nor has Suspect Address Group C ever been drawn down to a zero balance. Therefore, Victim C2's proceeds remained in the account at the time of seizure.

### Additional Victim Proceeds traced to Suspect Address Group C

110.    In addition to Victims C1 and C2, USSS further identified victims, referenced in Table 8, that have filed IC3 complaints as being victims of CIF who had proceeds sent to Suspect Address Group C. The table includes Victims A6 and A15, who had separate portions of their proceeds deposited into Suspect Address Group C.

| Table 8 – Summary of Victim Transfers and Losses for Suspect Address Group C | | | | |
|---|---|---|---|---|
| **Victim** | **Date Reported** | **City/State** | **Reported Loss** | **Proceeds Traced** |
| C1 | 12/30/2023 | Orting, WA | $150,000 | $15,000 |
| C2 | 12/4/2023 | San Antonio, TX | $1,000,000 | $140,000 |
| C3 | 1/17/2024 | Bethesda, MD | $183,000 | $3,400 |
| C4 | 12/24/2023 | Anchorage, AK | $375,000 | $6,000 |
| C5 | 12/29/2023 | Alliance, NE | $593,000 | $38,000 |
| C6 | 12/20/2023 | Gonzales, LA | $601,000 | $12,000 |
| C7 | 11/9/2023 | Womelsdorf, PA | $179,000 | $30,000 |
| C8 | 11/12/2023 | Temple City, CA | $90,149 | $38,000 |
| C9 | 11/21/2023 | Naples, FL | $225,309 | $11,000 |
| C10 | 12/29/2023 | Woodbury, MS | $88,000 | $8,600 |
| C11 | 12/5/2023 | Denver, CO | $374,000 | $9,900 |
| C12 | 8/16/2023 | Los Angeles, CA | $110,000 | $90,000 |
| C13 | 11/26/2023 | Las Vegas, NV | $20,000 | $5,000 |
| A6 | 11/9/2023 | Hinesburg, VT | $180,000 | $9,000 |
| A15 | 1/14/2024 | Redondo Beach, CA | $563,874 | $90,000 |
| | | Total: | **$4,732,333** | **$505,900** |

111. The 15 victims referenced above collectively reported losses of approximately $4,732,333. A portion of each victims' proceeds has been commingled and is currently still in Suspect Address Group C. Graph 10 depicts the flow of these victim funds through intermediary addresses and others to reach Suspect Address Group C.

**Graph 10 – Abbreviated tracing of victim funds to Suspect Address Group C**



112. As shown, an intermediary address of Victim C2, starting with 0xf1b1, was used to deposit $66,560 of commingled funds from three other victims that reported losses from CIF. An intermediary address starting with 0x8393 received $242,677 in commingled funds from six other victims that reported losses from CIF. There were also five additional victims that had $132,872 of CIF proceeds transferred through other intermediary addresses and then deposited into Suspect Address Group C. Furthermore, analyzing the history of deposits and withdrawals into Suspect Address Group C, throughout its lifespan, has always carried a balance.

113. As of February 21, 2024, Suspect Address Group C maintained a USDT balance of $4,011,918.

114. The victim proceeds referenced above were commingled and transferred to Suspect Address Group C in a total of nine deposit transactions, totaling an estimated $1,783,264 USDT.

115. By tracing more than one victim's funds to the same address from multiple frauds committed within a short time-period suggests that the address and the other funds contained in that

address, are being used to collect, conceal, and launder those funds. In this case, Suspect Address Group C was used in the laundering of funds generated by CIF, among other types of fraud. Therefore, the funds currently deposited at Suspect Address Group C are the proceeds of, and/or are being used to conceal the proceeds of, specified unlawful activities, to wit, wire fraud, money laundering, and money laundering conspiracy.

### Suspect Address Group D (0x7913e50983f0ce6c2ce54aa873db0a87f87486ea, 0xf149c1b7e829bd87f9768eb32717fb8a82fded6f)

116.    USSS traced a portion of Victim D1's funds to Suspect Address Group D, specifically address 0x7913e50983f0ce6c2ce54aa873db0a87f87486ea, hereinafter "0x7913". As previously mentioned, and referenced in Graph 2, on or about October 10, 2023, Victim D1 sent approximately 39,790 USDC to Scam Address 0xc563. After being transferred seven times, D1's funds were commingled with other victim proceeds and then passed through roughly seven different intermediate addresses, including a cross-token swap through Tokenlon. Victim D1's funds were then deposited into Suspect Address Group D, 0x7913.

### USSS Traced Victim D2's Funds to Suspect Address Group D (0x7913)

117.    In addition to Victim D1, Victim D2, referenced in Table 9, is a victim of CIF and had proceeds transferred to Suspect Address Group D, 0x7913.

| Table 9 – Information about the Fraud of Victim D2 | |
|---|---|
| **Victim Name:** | D2 (JV) |
| **Victim Location:** | Pittsburgh, PA |
| **IC3 Report Date:** | December 1, 2023 |
| **Scammer Alias:** | Samantha Kramer |
| **Scammer Phone No.:** | (917) 259-0554 |

52

| | |
|---|---|
| **Social Media Platform:** | Facebook Messenger then transitioned to WhatsApp |
| **Suspicious Domain:** | Trustipoevip.com |
| **Known Scam Address:** | 0x0873086c073b6cdf745fb8ca9b1c92d346de8808 |
| **Date of Transaction:** | October 18, 2023 |
| **Transaction ID:** | 0x034d31f2ac1f8485d0fb602dd3c0add6fc5788aa924a4c6b7ec33de94717fccc |
| **Amount/Asset:** | 58,451.33 USDT |
| **Victim Exchange:** | Crypto.com |
| **Amount in USD:** | $58,439 |
| **Suspect Address Group:** | 0x7913e50983f0ce6c2ce54aa873db0a87f87486ea |
| **Total Reported Loss:** | $1,200,000 |

118.     As shown on Graph 11, on or about October 18, 2023, Victim D2 transferred approximately 58,451 USDT from his Crypto.com account to Scam Address, 0x0873086c073b6cdf745fb8ca9b1c92d346de8808, hereinafter, "Scam Address 0x0873," a wallet associated with the fraud website Trustipoevip.com[17]. On or about October 18, 2023, the same amount, 58,451 USDT, was sent from Scam Address 0x0873 and transferred to address 0x52dd8231353598ac9fdb258177e11c17cba8af59, hereinafter, "0x52dd" where the funds were commingled with other cryptocurrency. The same day, approximately 60,000 USDT was transferred from 0x52dd to address 0xb9c3b5f31595b3f27f82f561fae66815e2e624c4, hereinafter "0xb9c3". USSS investigated intermediary address 0xb9c3 and found reports that the address has received and

---

[17] This victim interacted with this website in a similar fashion to the way that Victim IB was defrauded by Crypto-Tantesrt.com.

sent funds to addresses linked to a CIF domain known as webull-io.com.[18] The proceeds were then commingled and then transferred from "0xb9c3" as approximately 120,000 USDT to Hub 0x8569. Victim D2's proceeds were commingled with other victim proceeds. Then, on or about October 19, 2023, the funds were transferred as 1,259,945 USDT to Suspect Address Group D, 0x7913.

119.    Tracing analysis revealed that Suspect Address Group D, 0x7913 has retained Victim D2's funds and appears to be pooling USDT assets. Suspect Address Group D, 0x7913 has only conducted three USDT withdrawals, all of which occurred prior to the deposit of Victim D2's commingled funds.  Therefore, at the time of seizure, all of D2's proceeds remained in the account.

120.    USSS calculated that 58,451 USDT of the balance in Suspect Address Group D, 0x673c could be traced back to Victim D2's original transaction on October 18, 2023. This calculation was reached by tracing Victim D2's initial investment of 58,451 USDT through three transfers to its final deposit into Suspect Address Group D, 0x7913. Throughout the transfers, the amount only increased in value by being commingled with other victim proceeds and eventually deposited as 1,259,945 USDT in Suspect Address Group D, 0x7913.

*(Remainder of page intentionally left blank)*

---

[18] The Webull.io-com(net) trading platform has yielded four FBI - IC3 complaints involving three victims to CIF. The combined victims reported losses up to $170,000.

**Graph 11 – Movement of Victims D2's and D3's Funds into Suspect Address Group D**



121.       Victim D3, referenced in Table 10, is a victim of CIF and had proceeds transferred to

Suspect Address Group D, 0xf149:

| Table 10 – Information about the Fraud of Victim D3 | |
| --- | --- |
| **Victim Name:** | D3 (CR) |
| **Victim Location:** | Waukesha, WI |
| **IC3 Report Date:** | January 11, 2024 |
| **Scammer Alias:** | Lisa (LNU) |

| | |
|---|---|
| **Scammer Phone No.:** | (323) 310-0403 |
| **Social Media Platform:** | Hinge then transitioned to Telegram |
| **Suspicious Domain:** | edx-maketshkv.com; edx-maketswq.com |
| **Known Scam Address:** | 0xf461c2ff0cc58af9313cd3466ec040d194600288 |
| **Date of Transaction:** | October 31, 2023 |
| **Transaction ID:** | 0xa6d212b1058e5966012b94a9a05af391573dc8b046ff961acb23570e489835a7 |
| **Amount/Asset:** | 23.83 ETH |
| **Victim Exchange:** | Coinbase |
| **Amount in USD:** | $43,284 |
| **Suspect Address Group D:** | 0xf149c1b7e829bd87f9768eb32717fb8a82fded6f |
| **Total Reported Loss:** | $355,500 |

122.    As shown in Graph 11, on or about October 31, 2023, Victim D3 transferred approximately 23.83 ETH from Coinbase to Scam Address 0xf461c2ff0cc58af9313cd3466ec040d194600288, hereinafter, "Scam Address 0xf461," an address associated with the fraudulent cryptocurrency website edx-maketshkv.com[19] On the same day, 23.83 ETH was transferred from Scam Address 0xf461 to address 0x5ce381776acec5021d45b9f9830eca5c64c3dc19 (hereinafter, "0x5ce3") where the funds were commingled with other funds. On or about November 1, 2023, 197 ETH was transferred to 0xb9c3— the same intermediary address that Victim D2's proceeds were sent through 13 days prior—and

---

[19] This victim interacted with this website in a similar fashion to the way that Victim IB was defrauded by Crypto-Tantesrt.com.

commingled with other victim proceeds. The same day, Victim D3's proceeds were transferred in 282 ETH to Hub 0x8569, where Victim D2's proceeds were also commingled and sent to Suspect Address Group D, 0x7913. Victim D3's proceeds followed the same pattern after the commingling, but were deposited into Suspect Address Group D, 0xf149 on or about November 1, 2023, as 405 ETH. The 405 ETH containing Victim D3's funds were then transferred to address 0xbcec24e6c47b4fc2310a0c65e7181021e5ac44e0, hereinafter "0xbcec". Then, not more than seven minutes later, the suspects cross-token swapped approximately 404.5 ETH for approximately 728,264 USDT using Tokenlon. Finally, the funds were sent from 0xbcec back to Suspect Address Group D, 0xf149 in a transaction totaling 708,264 USDT.

123.    Tracing analysis revealed that Suspect Address Group D, 0xf149 retained Victim D3's funds and appears to be pooling them with other USDT assets. According to blockchain analysis, the last time any USDT was withdrawn from Suspect Address Group D, 0xf149 was on or about October 20, 2023.

124.    Approximately 43,284 USDT of the balance in Suspect Address Group D, 0xf149 could be traced back to Victim D3's original transaction. This calculation was reached by tracing Victim D3's initial investment of 23.83 ETH, through four transfers where it was commingled with additional victim proceeds, totaling 405 ETH, prior to its being swapped for 708,264 USDT, to its final deposit into Suspect Address Group D, 0xf149. During the course of transfers, the amount was commingled with additional victim proceeds, but never reduced under the amount of Victim D3's initial transfer on October 31, 2023.

125.    There were no withdrawals after the deposits of Victim D1, D2, and D3's commingled funds into Suspect Address Group D. Therefore, at the time of seizure, all of the victim's proceeds remained in the account.

**Additional Victim Proceeds Traced to Suspect Address Group D**

126.    In addition to Victims D1-D3, USSS further identified victims, referenced in Table 11, that filed IC3 complaints as being victims of CIF and had proceeds sent to Suspect Address Group D. The table includes Victim B1 who had a separate portion of proceeds deposited into Suspect Address Group D.

| Table 11 – Summary of Victim Transfers and Losses for Suspect Address Group D | | | | |
|---|---|---|---|---|
| **Victim** | **Date Reported** | **City/State** | **Reported Loss** | **Proceeds Traced** |
| **D1** | 11/30/2023 | New Braunfels, TX | $207,000 | $39,000 |
| **D2** | 12/1/2023 | Pittsburgh, PA | $300,000 | $58,000 |
| **D3** | 1/11/2024 | Waukesha, WI | $355,500 | $43,284 |
| **D4** | 12/14/2023 | Frisco, TX | $25,975 | $43,000 |
| **D5** | 11/28/2023 | Reynoldsburg, OH | $1,992,800 | $49,000 |
| **D6** | 11/8/2023 | Rochester, MN | $404,000 | $53,900 |
| **D7** | 11/14/2023 | Irvine, CA | $150,000 | $27,000 |
| **D8** | 11/15/2023 | Homestead, FL | $31,000 | $4,800 |
| **D9** | 12/22/2023 | Platte City, MO | $450,000 | $48,000 |
| **D10** | 11/29/2023 | Grants Pass, OR | $251,000 | $38,600 |
| **D11** | 12/7/2023 | Carmel, IN | $80,101 | $5,600 |
| **D12** | 11/1/2023 | Thomasville, NC | $499,500 | $49,000 |
| **D13** | 9/28/2023 | Spokane, WA | $204,700 | $105,000 |
| **D14** | 10/29/2023 | Jacksonville, FL | $700,000 | $29,100 |
| **D15** | 11/16/2023 | Pinellas, FL | $175,000 | $19,200 |
| **D16** | 10/18/2023 | Fairfield, CA | $100,000 | $60,000 |
| **D17** | 10/29/2023 | San Mateo, CA | $89,671 | $7,000 |
| **D18** | 10/3/2023 | Santa Ana, CA | $137,170 | $18,000 |
| **D19** | 11/5/2023 | Marion, FL | $234,307 | $1,880 |
| **D20** | 1/29/2024 | Memphis, TN | $135,000 | $46,000 |
| **D21** | 11/22/2023 | Brooklyn, NY | $20,794. | $49,900 |
| **D22** | 2/11/2024 | San Antonio, TX | $240,965 | $4,800 |
| **D23** | 10/29/2023 | Staten Island, NY | $29,000 | $480 |
| **D24** | 11/11/2023 | Williamsville, NY | $3,460 | $570 |
| **D25** | 10/31/2023 | Harrisburg, PA | $46,500 | $960 |
| **D26** | 12/19/2023 | Lake Orion, MI | $723,074 | $970 |
| **D27** | 1/30/2024 | Long Beach, Ca | $366,926 | $43,000 |
| **D28** | 10/5/2023 | Rutherfordton, NC | $46,500 | $400 |
| **D29** | 10/3/2023 | Miramar, FL | $535,838 | $160,000 |

| | | | | |
|---|---|---|---|---|
| **D30** | 9/8/2023 | Bloomfield Hills, MI | $750,000 | $202,000 |
| **D31** | 2/27/2024 | Milpitas, CA | $52,950 | $910 |
| **D32** | 12/14/2023 | Selden, NY | $137,000 | $20,200 |
| **D33** | 11/18/2023 | Fremont, CA | $500,000 | $45,000 |
| **D34** | 11/17/2023 | Vista, CA | $83,000 | $5,800 |
| **D35** | 11/22/2023 | Harrison, OH | $139,146 | $18,800 |
| **D36** | 12/14/2023 | Springboro, OH | $50,000 | $4,900 |
| **D37** | 12/15/2023 | East Hartford, CN | N/A | $900 |
| **D38** | 11/16/2023 | Aventura, FL | $11,000 | $10,600 |
| **D39** | 10/24/2023 | Kansas City, MO | $501,453 | $9,700 |
| **D40** | 12/12/2023 | Kentwood, MI | $246,941 | $3,700 |
| **D41** | 10/19/2023 | Westfield, IN | $115,000 | $19,500 |
| **D42** | 12/18/2023 | Buffalo Grove, IL | $173,385 | $24,500 |
| **D43** | 11/22/2023 | Herriman, UT | $123,000 | $31,000 |
| **D44** | 9/15/2023 | Gainesville, FL | $85,000 | $24,000 |
| **B1** | 10/28/2023 | Pottsville, PA | $128,600 | $3,900 |
| | | **Total:** | **$11,632,259** | **$1,431,854** |

127.    The 31 victims referenced above collectively reported losses of approximately $11,632,259. A portion of each victim's proceeds had been commingled with other funds and at the time of seizure were in Suspect Address Group D. Graph 12 depicts the flow of these victims' proceeds through the same intermediary addresses as Victims D2 and D3 until deposited into Suspect Address Group D.

**Graph 12 – Movement of Victims D1-44 and B1's Funds into Suspect Address Group D**



128.    As shown, Victims D2's and D3's funds both passed through intermediary address 0x52dd, which was used to deposit $314,931 of commingled funds from nine separate victims that reported losses from CIF. Another common intermediary address starting with 0xb9c3 received $974,656 from 33 separate victims that reported losses from CIF. There were also two additional victims that had $55,589 of CIF proceeds sent through four other intermediary addresses, then aggregated in Hub 0x8569 prior to being deposited into Suspect Address Group D.

129.    As of February 21, 2024, Suspect Address Group D contained an estimated USDT balance of $5,259,969 (0x7913) and $3,968,288 (0xf149).

130.    The victim proceeds referenced above were commingled and transferred to Suspect Address Group D (0x7913) in a total of three deposit transactions, totaling an estimated $5,259,945 USDT. Similarly, victim proceeds referenced above were commingled and transferred to Suspect Address Group D (0xf149) in a total of two deposit transactions, totaling an estimated $1,757,910 USDT.

131.    By tracing more than one victim's funds to the same address from multiple frauds committed within a short time-period suggests that the address and the other funds contained in that address, are being used to collect, conceal, and launder those funds. The presence of numerous victims of similar fraud is further evidence that the address involved—in this case, Suspect Address

Group D—was used in the laundering of funds generated by CIF, among other types of fraud. Therefore, funds seized from Suspect Address Group B are the proceeds of, and/or are being used to conceal the proceeds of, specified unlawful activities, to wit, wire fraud, money laundering, and money laundering conspiracy.

**Suspect Address Group E**
**(0xe2102860361ced07ab9d75dbe815962b72165e82,**
**0xa6bccfd21c5b23965c5f31d70fcef17b83b9c04a, and**
**0x186e6139cd55902faa3d70b4cd866e7237d2f6ed)**

132.    While tracing victim proceeds, USSS identified Suspect Address Group E as having similar patterns and indications of money laundering relating to CIF scams, consistent with the previous Suspect Address Groups. Specifically, USSS observed cross-token swapping, commingling, rapid transfers, and high volume of incoming and outgoing transfers with Hub 0x8569 and Suspect Address Group D, 0x7913, as previously shown in Graph 3. Deploying the same method of investigations and blockchain analysis, USSS reverse-traced funds deposited into Suspect Address Group E and identified additional victims of CIF.

**USSS Traced Victim E1's Funds to Suspect Address Group E (0xe210)**

133.    Victim E1, referenced in Table 12, is a victim of CIF and had proceeds transferred to Suspect Address Group E, 0xe210.

| Table 12 – Information about the Fraud of Victim E1 | |
|---|---|
| **Victim Name:** | E1 (TC) |
| **Victim Location:** | San Bernardino, CA |
| **IC3 Report Date:** | June 3, 2023 |
| **Scammer Alias:** | Melody Wong |
| **Scammer Phone No.:** | +852 9587-5459 |
| **Social Media Platform:** | LinkedIn then transitioned to WhatsApp |

| | |
|---|---|
| **Suspicious Domain:** | Agweb01.com |
| **Known Scam Address:** | 0x2e3e90db181e780508ec304c0c71c983d2a0affd |
| **Date of Transaction:** | May 25, 2023 |
| **Transaction ID:** | 0x4c9e4a0067845d2f3f92e0e81d62c0493092efe5fe6232cb2e707edb14a5508c |
| **Amount/Asset:** | 50,816.02 USDT |
| **Victim Exchange:** | Coinbase |
| **Amount in USD:** | $50,827.46 |
| **Suspect Address Group E:** | 0xe2102860361ced07ab9d75dbe815962b72165e82 |
| **Total Reported Loss:** | $266,417.19 |

134.     As shown in Graph 13, on or about May 25, 2023, Victim E1 transferred approximately 50,816 USDT from Coinbase to 0x2e3e90db181e780508ec304c0c71c983d2a0affd, hereinafter, "Scam Address 0x2e3e," an address displayed on fraudulent investment website Agweb01.com. [20] On or about May 25, 2023, 50,000 USDT was transferred from to address 0x4bf5298778cc3903a73ef001ba4898057a9b4c15, hereinafter, "0x4bf5" where the funds were commingled with other funds. On June 13, 2023, approximately 150,000 USDT was transferred to address 0x0eb3dd96d75e7ee50de1e01394a9565705d50f14, hereinafter "0x0eb3". On June 14, 2023, the proceeds were again commingled with other funds, and then approximately 800,000 USDT was transferred from 0x0eb3 to address 0x94bfe0d25d3a13f091d9e21cebefa4cef9dfaac3, hereinafter "0x94bf". The proceeds were then sent out in multiple transactions on or about July 2, 2023, to address 0xc375ab6b9c0463d4c94ceb7b844261750117ce83, hereinafter "0xc375" as

---

[20] This victim interacted with this website in a similar fashion to the way that Victim IB was defrauded by Crypto-Tantesrt.com.

200,000 USDT. On July 2, 2023, the funds were divided again, and 100,000 USDT was transferred from 0xc375 to address 0x61a2f591047103b3bf2655a33bc18b7bf43dfa3e, herein after "0x61a2". The funds were again commingled with other victim proceeds and then sent to address 0xd87b4182255ef5b2369924cda883125cdd9d7a65, hereinafter "Hub 0xd87b" on the same day totaling 220,000 USDT. Hub 0xd87b was used as a consolidation point for all Suspect Address Group E victims identified in this section as shown on Graph 13. On or about July 2, 2023, 220,000 USDT was transferred from 0xd87b to address 0x23aae216a4f32cf2217c01e9aa7843af620e13b1, hereinafter "0x23aa". The funds were again commingled with other victim proceeds and then remained in 0x23aa until October 16, 2023, when the funds were transferred as 10,174,369 USDT to Suspect Address Group E, 0xe210.

135.    Tracing analysis revealed that as of the time of seizure, Suspect Address Group E, 0xe210 had not transferred Victim E1's funds, and they appear to be pooling USDT assets in that address. This is even more evident since Suspect Address Group E, 0xe210 does not have ETH, or gas, to fuel outgoing transactions, which suggests that at least until the addresses receive ETH deposits, the funds will remained in the addresses. According to blockchain analysis, there have not been withdrawals from Suspect Address Group E, 0xe210, and it has received only two deposits, both from 0x23aa, a few minutes apart. The first deposit was 100 USDT, and the second was the remaining balance on or about October 16, 2023.

136.    The entire estimated balance of 50,816 USDT originated from Victim E1's initial investment transfer and remained as part of the balance in Suspect Address Group E, 0xe210, as it can be traced back to the original transaction on or about May 25, 2023. This conclusion was reached by tracing Victim E1's initial investment through seven transfers before making its final deposit into Suspect Address Group E, 0xe210. Throughout the transfers, the victim's funds were commingled

with additional victim proceeds until being commingled and deposited as 10,174,369 USDT into

Suspect Address Group E, 0xe210.

**Graph 13 – Movement of Victims E1, E2, and D2's Funds into Suspect Address Group E**



**USSS Traced Victim E2's Funds to Suspect Address Group E**

137.    Victim E2, referenced in Table 13, is a victim of CIF and had proceeds transferred to

Suspect Address Group E, 0xa6bc.

| Table 13 – Information about the Fraud of Victim E2 | |
|---|---|
| **Victim Name:** | E2 (KY) |
| **Victim Location:** | Lake Hopatcong, NJ |
| **IC3 Report Date:** | April 8, 2023 |
| **Scammer Alias:** | Hao Wang (Bert) |
| **Scammer Phone No.:** | (917) 310-0111 and (917) 268-4666 |
| **Social Media Platform:** | Telegram and frequented WeChat |
| **Suspicious Domain:** | Ceghg.io |
| **Known Scam Address:** | 0xdbfa0e7a468df52bc7aa2fd6c957f75fa71139cd |

64

| Date of Transaction: | March 8, 2023 |
|---|---|
| Transaction ID: | 0xa9e78d6995ba64989709dfb561752015070f6245a053f7269d145cc271ec3401 |
| Amount/Asset: | 149,990 USDC |
| Victim Exchange: | Crypto.com |
| Amount in USD: | $150,890 |
| Suspect Address Group E: | 0xa6bccfd21c5b23965c5f31d70fcef17b83b9c04a |
| Total Reported Loss: | $1,700,000 |

138.    As shown in Graph 13, on or about March 8, 2023, Victim E2 transferred approximately 149,990 USDC from Crypto.com to an address displayed on Ceghg.io [21], 0xdbfa0e7a468df52bc7aa2fd6c957f75fa71139cd, hereinafter, "Scam Address 0xdbfa". The same day, the suspects swapped 149,990 USDC for approximately 149,915.82 USDT using Tokenlon, and then deposited the funds back into Scam Address 0xdbfa. On or about March 9, 2023, 149,989 USDT was transferred from Scam Address 0xdbfa to address 0x19d9b234b6484d9f16ab08ac8b042f3c720c90cd, hereinafter "0x19d9". 150,000 USDT was then transferred from 0x19d9 to address, 0xeb23ed52a1d0cd8e82ab4ff27b3a06426032ffd4, hereinafter "0xeb23", where it was commingled with other funds. The same day, approximately 230,000 USDT was transferred from 0xeb23 to address 0x5bb8da4086e6ab98dc3b5937324b3152fbbf1905, hereinafter "0x5bb8". On or about March 9, 2023, the funds were commingled with other funds, and approximately 463,059 USDT was transferred from 0x5bba to address 0xd134996c48fd6559a3adf49a63c1848499e8bc30, hereinafter "0xd134". On or about March 9,

---

[21] This victim interacted with this website in a similar fashion to the way that Victim IB was defrauded by Crypto-Tantesrt.com.

2023, the proceeds were split, and approximately 286,141 USDT was transferred from 0xd134 to address 0x78af132652a1175601a7ce34a78d7b10cc258ac6, hereinafter "0x78af". On or about March 11, 2023, the proceeds were further divided and 149,093 USDT was transferred from 0x78af to Hub 0xd87b where the funds were commingled with other victim proceeds. The same day, 445,920 USDT was transferred from Hub 0xd87b to address 0x66f312a1fd1b3251f52a731f6d8a5aba76bf9327, hereinafter "0x66f3". The funds remained in 0x66f3 and then were commingled with other victim proceeds and being deposited into Suspect Address Group E, 0xa6bc on or about October 16, 2023. The transfer totaled approximately 2,832,268 USDT.

139.    Tracing analysis revealed that as of the time of seizure, the suspects had not transferred Victim E2's funds out of Suspect Address Group E, and it appears that the owners of the address are pooling USDT assets there. According to blockchain analysis, on one has withdrawn any USDT from Suspect Address Group E, 0xa6bc.

140.    Approximately 149,915 USDT of the balance in Suspect Address Group D, 0xf149 could be traced back to Victim E2's original transaction. This calculation was reached by tracing Victim E2's initial investment of 149,990 USDC, into Scam Address 0xdbfa where it was immediately swapped for 149,915.82 USDT.

### USSS Traced Victim D2's Funds to Suspect Address Group E (0x186e)

141.    In addition to funds traced to USDT Group D, USSS also traced funds from Victim D2 to Suspect Address Group E, 0x186e. The movement of Victim D2's funds were part of the same CIF scheme referenced in Exhibit 9 and shown on Graph 13.

142. On or about October 26, 2023, Victim D2 transferred approximately 4,881 USDT from Crypto.com to Trustipoevip.com's[22] Scam Address 0x0873. The same day, 4,881.28 USDT was transferred to address 0x52dd8231353598ac9fdb258177e11c17cba8af59, hereinafter, "0x52dd" where the funds were commingled with other funds. On or about October 27, 2023, approximately 10,000 USDT was transferred from 0x52dd to a scam address affiliated with webull-io.com, 0xb9c3. The proceeds were then commingled with other funds and transferred from 0xb9c3 as 40,000 USDT to Hub 0x8569. Victim D2's proceeds were then again commingled with other victim proceeds and 415,662 USDT was transferred from Hub 0x8569 to address 0x32c6ffd39e5fdd2e1c0a56307fd62db45cddf9f8, hereinafter "0x32c6". The same day, the proceeds were divided and transferred to address 0xa405f925d2e6bc259ab7c77069165e4e40911bd0, hereinafter "0xa405", as 200,000 USDT. The proceeds were then commingled with other victim proceeds and transferred as 500,000 USDT to Hub 0xd87b on or about October 28, 2023. Just two minutes later, on the same day, the suspects transferred the 500,000 USDT into Suspect Address Group E, 0x186e.

143. Tracing analysis revealed that as of the time of seizure, Victim 2's funds remained in Suspect Address Group E, 0x186e and appeared to be pooling USDT assets at that address. According to blockchain analysis, the last date a withdrawal of funds from Suspect Address Group E, 0x186e occurred was on or about October 21, 2023—the same day the account was activated in what was likely a test transaction of 100 USDT.

144. Approximately 4,881 USDT of the balance in Suspect Address Group E, 0x186e can be traced back to Victim D2's original transaction. This conclusion was reached by tracing Victim D2's initial investment of 4,881 USDT through multiple intermediary wallets where it was

---

[22] This victim interacted with this website in a similar fashion to the way that Victim IB was defrauded by Crypto-Tantesrt.com.

commingled with additional victim proceeds until its final transfer into Suspect Address Group E, 0x186e.

145.    There were no withdrawals after Victim D2's funds were transferred into Suspect Address Group D 0x186e. Therefore, Victim D2's proceeds remained in the account at the time of seizure.

**Additional Victim Proceeds Traced to Suspect Address Group E**

146.    In addition to Victims E1, E2, and D2, USSS identified additional victims, referenced in Table 14, that have filed IC3 complaints as being victims of CIF and had proceeds sent to Suspect Address Group E.

| Table 14 – Summary of Victim Transfers and Losses for Suspect Address Group E | | | | |
|---|---|---|---|---|
| **Victim** | **Date Reported** | **City/State** | **Reported Loss** | **Proceeds Traced** |
| E1 | 6/3/2023 | Forest Falls, CA | $266,417 | $4,881 |
| E2 | 4/8/2023 | Lake Hopatcong, NJ | $1,700,000 | $50,000 |
| E3 | 9/25/2023 | North Haven, CT | $1,800,000 | $149,000 |
| E4 | 11/21/2023 | Oakville, CN | $10,000 | $26,000 |
| E5 | 12/31/2023 | Houston, TX | $290,549 | $39,900 |
| E6 | 6/30/2023 | Tomball, TX | $352,999 | $40,000 |
| E7 | 6/30/2022 | Berea, KY | $14,000 | $39,900 |
| E8 | 2/23/2024 | Long Beach, CA | $2,000,000 | $20,000 |
| E9 | 11/20/2023 | Olive Branch, MS | $366,000 | $19,000 |
| E10 | 6/19/2023 | Tampa, FL | $895,508 | $140,000 |
| E11 | 5/21/2022 | Springfield, IL | $1,500,000 | $56,839 |
| E12 | 8/28/2023 | Monsey, NY | $596,073 | $58,993 |
| D2 | 12/1/2023 | Pittsburgh, PA | $300,000 | $50,000 |
| | | **Total:** | **$10,091,548** | **$694,513** |

147.    The 13 victims referenced above collectively reported losses of approximately $10,091,548. A portion of each victim's proceeds were commingled with other funds and were still in Suspect Address Group E at the time of seizure. Graph 14 depicts the flow of these victims'

68

proceeds in using the same intermediary addresses as Victim E1, E2, and D2 until deposited into

Suspect Address Group E.

**Graph 14 – Movement of Victims E1-E10, and D2's Funds into Suspect Address Group E**



148. As shown, an intermediary address of Victim E1, starting with 0x61a2, was used to

deposit $138,393 of commingled funds from two separate victims that reported losses to CIF scams.

An intermediary address in Victim E2's flow of funds starting with 0xd134 received $165,865 of

commingled funds from two separate victims that reported losses to CIF. An intermediary address

in Victim D2's flow of funds, starting with 0xa405, received $108,389 of CIF proceeds from two

separate victims. Victim E10 had $274,074 of CIF proceeds transferred to Hub 0xd87b prior to being

deposited into Suspect Address Group E. Victims E11 and 12 take separate routes, but ultimately

had their proceeds transferred to Suspect Address Group E, 0xa6bc and 0x186e. Their reported losses totaled approximately $2 million.

149.    The USSS analyzed funds deposited into Suspect Address Group E, 0x186e on the relevant blockchain and thereby identified Victim E12. USSS reverse-traced a deposit on or about October 25, 2023, into Suspect Address Group E, 0x186e referenced in Graph 15. The transaction was for 5,887,265 USDT, sent from address 0xe4d8af1eb616b4a24cf4d8da0b8a0cd4fb8dfed0, hereinafter "0xe4d8". On or about July 4, 2023, 0xe4d8 received approximately 5,828,770.95 USDT through seven transactions from Uniswap, which is a decentralized cryptocurrency exchange that utilizes smart contracts to swap tokens. Uniswap transactions are form of cross-token swap that were used in the same way that Tokenlon was used throughout this scheme. Uniswap was used to swap approximately 3,000 ETH that 0xe4d8 received on or about July 4, 2023, in one transaction from address 0xfe4cbc0a00bd86345cbc43adaf6c93620d3438d0, hereinafter "0xfe4c". 0xfe4c received approximately 2,699.74 ETH on or about September 18, 2022, from address 0xd2a2aae58e23fe4fbbd5f051dbe1207753d94a4b, hereinafter "0xd2a2" and the total ETH was commingled with approximately 395 ETH that 0xfe4c received from a Binance address (0x9696f59e4d72e237be84ffd425dcad154bf96976). On or about February 22, 2022, 0xd2a2 received approximately 1,119.74 ETH from a Binance address that was commingled with a deposit of approximately 1,499.99 ETH received from another Binance address on or about May 12, 2022. The commingled total made up the transfer of approximately 2,699.74 ETH from 0xd2a2 to 0xfe4c. USSS confirmed with Binance that all the Binance addresses referenced in this reverse trace belonged to the same Binance account. Furthermore, 0xd2a2 was created on about February 22, 2022, upon receiving the 1,119.74 ETH. The only transactions associated with 0xd2a2 were the two incoming transactions from the Binance account and the one outgoing transaction to 0xfe4c. 0xfe4c

70

was created on or about September 18, 2022, upon receiving the above-mentioned transaction worth 2,699.74 ETH from 0xd2a2. Analyzing the deposit and withdrawal history of the Binance account revealed that the ETH withdrawn from the account, referenced above, derived from a deposit into the account on or about February 21, 2022. The incoming transaction was sent by address 0x3dcae0e2812c79461af6bea83f936492893da969, hereinafter "0x3dca", and was for 8,000,000 USDT. USSS analyzed 0x3dca and reverse-traced transactions that were commingled and contributed to the 8,000,000 USDT deposit into Binance and found transactions originating from Coinbase, Crypto.com, and Kraken. One reverse-trace revealed a deposit from Coinbase on or about November 28, 2021, just six transfers away from 0x3dca, for approximately 13.7 ETH or $58,993. USSS confirmed that transaction was initiated by Victim E1, who filed an IC3 report on or about August 28, 2023, as being a victim of a cryptocurrency investment scam. USSS re-traced this victim's proceeds forward and confirmed that approximately $58,993 was commingled with other funds, deposited, and remains in Suspect Address Group E, 0x186e. Graph 15 shows the traced funds from Victim E12's Coinbase account.

**Graph 15 – Movement of Victim E12's funds into Suspect Address Group E**



150.    The Binance account, identified during blockchain analysis that routed proceeds from

Victim E12 and ultimately deposited it into Suspect Address Group E, was opened using the identity

of a Thai National named "Phatcharaporn Wiraphatdechakorn," hereinafter known as "PW."

Binance reported that 10 different devices accessed the account, which were all set to Chinese

language on their device settings. The approved devices were a mix of mobile applications, both iOS

and Android operating systems, and desktop workstations connected to the web. The mobile devices

accessing the account geolocated to Singapore, Japan, and China. The workstation accessing the

account most often geolocated to Thailand. IP access logs on the account show geographical logins from the following in order of most hits to least, China, Hong Kong, Thailand, Singapore, Japan, and Taiwan. Many of these logins were too close in time to have been the same user traveling to a different country and accessing the account. For example, there was a user login on or about January 21, 2022, where there was a login accessing the account from Singapore at 04:42:11 UTC, then another login at 04:42:39 UTC the same day from Japan. Additionally, the devices and IP addresses for both logins are different, originating from separate internet service providers in their respective countries. Furthermore, one or more of the devices accessing PW's Binance account was also found to be accessing 10 additional Binance accounts. An analysis of these additional Binance accounts revealed additional devices that were approved devices on many other associated Binance accounts. The transactional behavior of each of these identified associated Binance accounts shared the same patterns as PW's Binance account: multiple approved devices, varied geolocation logins, and many associated Binance accounts—all indicative of money laundering at a criminal-enterprise scale and showing control/ownership.  Exhibit 10 shows a picture of PW and her associated Thai National ID Card, provided to Binance as a Know-Your-Customer document upon account setup.

**Exhibit 10 – Picture of Suspected Co-Conspirator PW, as Submitted to Binance**

 

151.    As shown in Graph 15 above, PW's Binance account received  $8,000,000 USDT and then within the next 24 hours Binance's internal platform was used to swap the funds from USDT to ETH, before sending it to 0xd2a2 in two separate transactions. The swap from USDT to ETH does not make logical business sense because Victim E12's funds were originally invested and deposited into Scam Address 0x56fb as ETH, as shown in Graph 15. The next transfer also likely has no legitimate purpose, in which the funds were swapped again for USDT using Tokenlon. Further along the transfer chain, after the internal Binance swap from USDT to ETH and transfer through PW's Binance account, the proceeds were swapped back from ETH to USDT. This swap occurred using Uniswap prior to being deposited into Suspect Address Group E, 0x186e. These transfers were obviously inefficient because the multiple transfers and swaps incurred unnecessary transaction fees to move through multiple intermediary wallets. The estimated fee and transaction cost for the final Uniswap transaction on or about July 4, 2023, according to blockchain data, was estimated at $11,672.

152.    The Financial Action Task Force (FATF) has identified various "Red Flag Indicators" that allow investigators to identify money laundering schemes. FATF is an independent inter-governmental body that develops and promotes policies to protect the global financial system against money laundering. The FATF Recommendations are recognized as the global anti-money laundering (AML) standard.

a.    "Making multiple high-value transactions – In short succession, such as within a 24-hour period; In a staggered and regular pattern, with no further transactions recorded during a long period afterwards; To a newly created or to a previously inactive account.

*b.*      Depositing virtual assets at an exchange and then often immediately – Exchanging the Virtual Assets (VAs) to other VAs, which is an unnecessary step and incurs transaction fees; Withdrawing the VAs from a Virtual Asset Service Provider (VASP) immediately to a private wallet. This effectively turns the exchange/VASP into an money laundering service.

c.      Accepting funds suspected as stolen or fraudulent – Depositing funds from addresses linked to the holders of stolen funds."[23]

153.    Furthermore, U.S. Department of the Treasury's Financial Crimes Enforcement Network (FinCEN) recently issued an alert about CIF/Pig Butchering frauds in which it identified the following red flags:

d.      "System monitoring and logs show that a customer's account is accessed repeatedly by unique IP addresses, device IDs, or geographies inconsistent with prior access patterns. Additionally, logins to a customer's online account at a VASP come from a variety of different device IDs and names inconsistent with the customer's typical logins."[24]

154.    As both FATF and FinCEN's statements explained, "No single red flag is determinative of illicit or other suspicious activity, financial institutions should consider the surrounding facts and circumstances, such as customer's historical financial activity, whether the transactions are in line with prevailing business practices, and whether the customer exhibits multiple

---

[23] *Source – FATF Report: Virtual Assets Red Flag Indicators (September 2020) - Red Flag Indicators Related to Transactions; Size and frequency of transactions section (Pg. 5, 11)*

[24] *Source – FinCEN Alert* issued September 8, 2023, FinCEN Alert on Prevalent Virtual Currency Investment Scam Commonly Known as "Pig Butchering" *(FIN-2023-Alert005) - Technical Red Flag section (Pg. 5-6)*

red flags, before determining if a behavior or transaction is suspicious or otherwise indicative of Pig Butchering."

155.    In tracing Victim E12's funds into Suspect Address Group E, 0x186e on October 25, 2023, worth approximately 5,887,265 USDT, USSS agents observed all the indicators of money laundering activities as outlined above, and therefore an indication of illicit proceeds involved in money laundering, specifically CIF.

156.    As of February 21, 2024, Suspect Address Group E maintained an estimated USDT balance of $10,174,469 (0xe210), $7,619,810 (0xa6bc), and $17,713,115 (0x816e).

157.    The victim proceeds referenced above were commingled with other funds and transferred to Suspect Address Group E (0xe210) in one deposit transaction, totaling an estimated $10,174,369 USDT. Similarly, victim proceeds referenced above were commingled with other funds and transferred to Suspect Address Group E (0xa6bc) in two transactions, totaling an estimated $5,332,268 USDT. Finally, victim proceeds referenced above, including transactions through PW's Binance account, were commingled with other funds, and transferred to Suspect Address Group E (0x816e) in four transactions, totaling an estimated $6,788,453 USDT.

158.    By tracing more than one victim's funds to the same address from multiple frauds committed within a short time-period suggests that the address and the other funds contained in that address, are being used to collect, conceal, and launder those funds. With the presence of numerous victims of similar fraud is further evidence that the address involved—in this case, Suspect Address Group E—was used in the laundering of funds generated by CIF.  Therefore, the funds currently deposited at Suspect Address Group E are the proceeds of, and/or are being used to conceal the proceeds of, specified unlawful activities, to wit, wire fraud, money laundering, and money laundering conspiracy.

159.    As noted above, the Suspect Address Groups were each frozen by Tether, on a voluntary basis, between October 31, 2023, and December 11, 2023.  Following Tether's voluntary freeze of the Suspect Address Groups, the USSS received inquiries from parties claiming to be the owners of the funds.

**Purported Claims on Funds Frozen in Suspect Address Groups**

160.    On December 10, 2023, an inquiry came from an email address zhangfengyoujian@outlook.com, claiming to represent a company that purchases and exchanges Bitcoin and Tether. This individual contacted both Tether and USSS claiming funds frozen in Suspect Address Group D, 0xf149.

161.    On December 24, 2023, USSS received an inquiry from Zhou Jiu using email address, zjiu760@gmail.com, claiming to be an investor and owning Suspect Address Group D, 0x7913. This claimant contacted Tether earlier on December 19, 2023, making the same claim.

162.    On February 26, 2024, USSS received an inquiry from Sakndnajdn Ajndajndjk using email, ajndajndjksakndnajdn@gmail.com claiming ownership of Suspect Address Group E, 0xa6bc. On March 3, 2024, USSS received the second inquiry on Suspect Address Group E, 0xa6bc from Salinniang Salinniang using email address, ssalinniang@gmail.com inquiring on why the address was blocked. No additional information was obtained regarding these claimants.

163.    Tether also received additional inquiries and claims regarding the Suspect Address Groups. Although each of the following claimants were provided USSS's contact information and were told to reach out, none of them have contacted USSS to authenticate their claims. Three different individuals have claimed the funds in Suspect Address Group D, 0xf149. Two claims were made within a week from each other. The first individual contacted Tether on November 4, 2023, using email address, chenziyue8866@gmail.com and name, Chen Ziyue. The second individual

contacted Tether on November 11, 2023, using email address, zhangfengyoujian@outlook.com and went by the name of Zhang. The third claimant contacted Tether on May 21, 2024, using email address, xuyuanyuan456@gmail.com and went by the name of Miss Yang Kham Laoli. Miss Yang reported that she would be willing to provide proof of identification and that she had the private key to provide proof of ownership. All three claimants failed to provide Tether with any additional information about themselves, despite claiming to be the owner of the same address. Finally, an individual by the name of Mike, aka Ming Su, using email address, ming7367888888@gmail.com contacted Tether on December 24, 2023, claiming ownership on Suspect Address Group E. Ming Su never contacted USSS regarding the claims.

## CONCLUSION

164.    The perpetrators in this investigation conned numerous people into believing their financial hopes were coming true and gained their trust through either romantic, professional, or friendship-based relationships. By manipulating their emotions and perception of reality, they were able to steal millions of dollars and subsequently launder the proceeds. Individuals engaged in fraud sometimes move proceeds of criminal activity through multiple financial accounts, including virtual currency wallets, sometimes at a rapid pace, and often with no discernable legitimate purpose. Such individuals move proceeds in this fashion to hide the financial connection between the illegal activity and the ultimate account. The blockchain analysis in this case demonstrates such conduct. Specifically, that analysis shows the movement of the victims' funds, broken up, distributed through a series of cryptocurrency wallets, were re-consolidated with other funds in Suspect Address Groups, without any apparent legitimate economic purpose. The existence of these convoluted, intermingled, and re-consolidated transactions—which incurred transaction fees and served no apparent legitimate purpose—imply that the purpose of these numerous, fast-repeating, and intermingled transactions

was to conceal the nature, source, location, ownership and control of the proceeds. Accordingly, all of the funds in Suspect Address Groups facilitated and were "involved in" the commission of concealment money laundering.

165. By tracing more than one victim's funds to the same address from multiple frauds committed within a short time-period suggests that the address and the other funds contained in that address, are being used to collect, conceal, and launder those funds. The presence of numerous victims of similar fraud is further evidence that the address involved was used in the laundering of funds generated by CIF, among other types of fraud. Therefore, funds seized from the Suspect Address Groups are the proceeds of, and/or are being used to conceal the proceeds of, specified unlawful activities, to wit, wire fraud, money laundering, and money laundering conspiracy. As such, the property is subject to forfeiture.

## COUNT ONE – FORFEITURE OF DEFENDANT PROPERTY
### (18 U.S.C. § 981(a)(1)(C))

166. The Defendant Property includes property constituting or derived from proceeds traceable to wire fraud and conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349.

167. Accordingly, the Defendant Property is subject to forfeiture to the United States under 18 U.S.C. § 981(a)(1)(C).

## COUNT TWO – FORFEITURE OF DEFENDANT PROPERTY
### (18 U.S.C. § 981(a)(1)(A))

168. The Defendant Property constitutes property involved in (a) domestic and international concealment money laundering transactions committed in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(a)(2)(B)(i), (b) a conspiracy to engage in money

laundering, committed in violation of Title 18, United States Code, Section 1956(h), and (c) violations of Title 18, United States Code, Sections 1957.

169.     Accordingly, the Defendant Property is subject to forfeiture to the United States under 18 U.S.C. § 981(a)(1)(A).

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that notice issue on the Defendant Property as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that this Honorable Court issue a warrant of arrest *in rem* according to law; that judgment be entered declaring that the Defendant Property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Rick Blaylock, Jr.*
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov